UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successors-in-interest LYDIA NUNEZ, ALBERT NUNEZ, and LYDIA NUNEZ, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity, et al., <br><br> Defendants. | Case No.: 16cv1412-BEN-MDD <br><br> **SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **September 26, 2016**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **October 31, 2016**.

2. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **January 27, 2017**. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D(ii) shall be disclosed on or before **February 28, 2017**. Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

3. All discovery, including expert discovery, shall be completed by all parties on or before, **March 31, 2017**. "Completed" means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that responses thereto will be due on or before the cutoff date. All subpoenas issued for discovery must be returnable on or before the discovery cutoff date. All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to the dispute occurred. Counsel are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a). Counsel are to comply with the chambers rules of the Magistrate Judge in bringing discovery disputes before the court.

4. All other pretrial motions must be filed by **April 28, 2017**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Deadlines for filing motions in limine will be set by the district judge at the final Pretrial Conference.

5. When filing a Motion for Summary Judgment and/or Adjudication, the parties need not file a separate statement of material facts absent prior leave of court.

6. A Mandatory Settlement Conference shall be conducted on **April 13, 2017** at **9:30AM** in the chambers of Magistrate Judge Mitchell D. Dembin. Counsel or any party representing himself or herself shall lodge confidential settlement briefs directly to chambers by **April 3, 2017**. All parties are ordered to read and to fully comply with the Chamber Rules of the assigned magistrate judge.

7. In jury trial cases before the Honorable Roger T. Benitez, neither party, unless otherwise ordered by the Court, is required to file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1(f)(2).

8. Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **July 10, 2017**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

9. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **July 17, 2017**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rule of Civil Procedure 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

10. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule

16.1(f).  By **July 24, 2017**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

     11.   The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **July 31, 2017**, and shall be in the form prescribed in and comply with Civil Local Rule 16.1(f)(6).

     12.   The final Pretrial Conference is scheduled on the calendar of the **Honorable Roger T. Benitez** on **August 7, 2017** at **10:30AM**.

     13.   The parties must review the chambers' rules for the assigned district judge and magistrate judge.

     14.   A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

     15.   The dates and times set forth herein will not be modified except for good cause shown.

     16.   Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge.  No reply memorandum shall exceed ten (10) pages without leave of a district court judge.  Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

//
//
//

17. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: October 7, 2016

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge