UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, and LYDIA NUNEZ,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al,<br><br>                              Defendants. | Case No.: 3:16-cv-01412-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The Court has reviewed the joint motion to dismiss filed by Plaintiffs and Defendants County of San Diego, William Gore, Alfred Joshua, Rogel Tingzo, and Paul Bell ("Moving Defendants"). (Docket No. 269.) Good cause appearing, the joint motion is **GRANTED**. The Moving Defendants are **DISMISSED with prejudice** from the action. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  May 16, 2018

Hon. Roger T. Benitez
United States District Judge