| | |
|---|---|
| 1  EUGENE G. IREDALE: SBN 75292 | |
| 2  JULIA YOO: SBN 231163 | |
| 3  GRACE JUN, SBN 287973 | |
|    IREDALE & YOO, APC | |
| 4  105 West F Street, Fourth Floor | |
|    San Diego, CA 92101-6036 | |
| 5  TEL: (619) 233-1525   FAX: (619) 233-3221 | |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, AND LYDIA NUNEZ<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants.<br><br>COUNTY OF SAN DIEGO *et al.*<br><br>Third Party Plaintiffs,<br>v.<br><br>CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC., a California Corporation; JORGE NARANJO, an individual; and SARA HANSEN, an individual,<br><br>Third Party Defendants | CASE NO. 16-CV-1412-BEN (MDD)<br><br>**PLAINTIFFS' COMPREHENSIVE INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS PATTON, *et al*. [Docket No. 268], CPMG [Docket No. 275], NARANJO [Docket No. 274], AND HANSEN [Docket No. 273]** |

Plaintiffs, by and through their attorneys of record, respectfully submit the following exhibits in support of their oppositions to Defendants' motions for summary judgment.

**INDEX OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| Exhibit 1 | Nursing Policy and Procedure: 103 (PSH0124 – PSH0128) |
| Exhibit 2 | Nursing Discharge Summary (PSH0111 – PSH0123) |
| Exhibit 7 | PC 1370 Court Assessment (PSH0227 – PSH0232) |
| Exhibit 9 | Psych Progress Note (PSH1341 – PSH1344) |
| Exhibit 11 | Physician Quarterly Review (PSH1319 – PSH1323) |
| Exhibit 12 | Nursing Weekly Progress Note (PSH0575 – PSH0598) |
| Exhibit 16 | Peng Physician Transfer Summary (PSH1299 – PSH1300) |
| Exhibit 18 | Ruben's Water Intoxication Protocol (PSH1566) |
| Exhibit 37 | Patton Physician's Order dated December 2014 for Ruben Nunez |
| Exhibit 38 | Patton Interdisciplinary Notes for February 3 – 4, 2015 (Ruben Nunez treatment for water intoxication) |
| Exhibit 39 | Patton Interdisciplinary Notes for February 4, 2015 (Ruben Nunez treatment for water intoxication) |
| Exhibit 40 | Patton Interdisciplinary Note for January 28, 2015 (Ruben Nunez treatment for water intoxication) |
| Exhibit 41 | Patton Interdisciplinary Note for January 29, 2015 (Ruben Nunez treatment for water intoxication) |
| Exhibit 42 | Individual Care and Observation Record (PSH0602) |
| Exhibit 43 | Interdisciplinary Notes (PSH0657) |
| Exhibit 44 | Interdisciplinary Notes (PSH0608) |
| Exhibit 400 | Nunez 000649 |
| Exhibit 401 | CSD000141- CSD000142 |
| Exhibit 402 | Excerpts from Deposition of Kayla Fisher May 9, 2017 |
| Exhibit 403 | Expert Report of Bruce Gage with Highlights |
| Exhibit 404 | Defendant Patton State Hospital Responses to First Production Demand by Plaintiffs (1-17) |
| Exhibit 405 | Defendant Patton State Hospital Responses (1-17) to first set Interrogatories by Plaintiff Lydia Nunez |
| Exhibit 406 | Defendant Patton State Hospital Responses (30-35) to |

|  | 3rd Request for Production of Documents by Plaintiff Lydia |
|---|---|
| Exhibit 407 | Defendant Patton State Hospital Responses to Second Production Demand by Plaintiffs (18-28) |
| Exhibit 408 | Patton State Hospital Responses (1-19) to first set Request for Admissions by Plaintiff Lydia Nunez |
| Exhibit 409 | Patton Updated DX Summary Incl. Water Intox Procotol (PSH1727-PSH1747) |
| Exhibit 410 | Admin Directive 15.48 re: Physician Discharge 05-14-2013(PSH2213 - PSH2217) |
| Exhibit 411 | Excerpts from Deposition of Harold Oreol May 9, 2017 |
| Exhibit 412 | Excerpts from Deposition of Wilda Ramos May 10, 2017 |
| Exhibit 413 | Excerpts from Deposition of Theresa Baroi May 10, 2017 |
| Exhibit 414 | Excerpts from the Deposition of Bruce Gage, M.D. |
| Exhibit 415 | Excerpts from the Deposition of Alfred Joshua |
| Exhibit 416 | Excerpts from the Deposition of Jorge Naranjo, M.D. |
| Exhibit 417 | Excerpts from the Deposition of Melinda Bernaldez |
| Exhibit 418 | Expert Report of Bruce Gage, M.D., Exh 505 |
| Exhibit 419 | Excerpts from the Deposition of Sarah Hansen |
| Exhibit 420 | CPMG Staff Meeting Minutes 09-28-2016, p.0014 |
| Exhibit 421 | Medical Services Psychiatric Peer/Record Review |
| Exhibit 422 | Medical Examiner's Report |
| Exhibit 423 | CPMG's Answers and Responsive Documents to Plaintiffs' Request for Production (Set One) |
| Exhibit 424 | Hansen's Answers Responsive Documents to Plaintiffs' Request for Production (Set One) |
| Exhibit 425 | Hansen's Responsive Answers to Plaintiffs' Interrogatories (Set One) |
| Exhibit 426 | Naranjo's Answers and Responsive Documents to Plaintiffs' Request for Production (Set One) |
| Exhibit 427 | Naranjo's Responsive Answers to Plaintiffs' Interrogatories (Set One) |
| Exhibit 428 | Additional excerpts from the Deposition of Wilda Ramos |
| Exhibit 429 | Additional excerpts from the Deposition of Theresa |

|  | Baroi |
|---|---|
| Exhibit 430 (formerly exhibit 414) | Patton State Hospital Training Records for Theresa Baroi |
| Exhibit 431 (formerly Exhibit 416) | Patton State Hospital Training Records for Wilda Ramos |
| Exhibit 432 | Expert report of Alan Abrams, M.D. |
| Exhibit 433 | Expert report of Roneet Lev, M.D. |
| Exhibit 434 | Emails of Giancarlo Gonzalez, Patton Standard Director |
| Exhibit 505 | Expert Report of Dr. Bruce Gage |
| Exhibit 518 | Expert Report of Gwendolyn Vontoure |

Respectfully submitted,

Dated: June 18, 2018

IREDALE & YOO, APC

By: */s/ Julia Yoo*
JULIA YOO
Attorneys for Plaintiffs Estate of Ruben Nunez, by and through its successor-in-interest Lydia Nunez, Albert Nunez and Lydia Nunez