# EXHIBIT 1

| | |
|---|---|
| 1 | EUGENE G. IREDALE: SBN 75292<br>JULIA YOO: SBN 231163<br>GRACE JUN, SBN 287973 |
| 2 | IREDALE & YOO, APC<br>105 West F Street, Fourth Floor |
| 3 | San Diego, CA 92101-6036<br>TEL: (619) 233-1525  FAX: (619) 233-3221 |
| 4 | |
| 5 | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, AND LYDIA NUNEZ<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO *et al.*,<br><br>Defendants. | CASE NO. 16-CV-1412-BEN (MDD)<br><br>**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO THIRD PARTY DEFENDANT CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.**<br><br>**(Set One)** |
| COUNTY OF SAN DIEGO *et al.*,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC., a California Corporation; JORGE NARANJO, an individual; and SARA HANSEN, an individual ,<br><br>Third Party Defendants | |

**EXHIBIT 1 - 001**

| | |
|---|---|
| 1 | PROPOUNDING PARTY:     Plaintiffs ESTATE OF RUBEN NUNEZ *et. al.* |
| 2 | RESPONDING PARTY:     Third Party Defendant CORRECTIONAL |
| 3 |     PHYSICIANS MEDICAL GROUP, INC. |
| 4 | SET NUMBER:     ONE |

Pursuant to the Federal Rules of Civil Procedure, Rule 34, Plaintiffs Estate of Ruben Nunez *et al.* propounds the following requests for production of documents on Third Party Defendant CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.

The third party defendant shall serve a written response on all parties within thirty (30) days after service of this request for production of documents. The response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is objected to, in which event the reasons for the objections shall be stated. If an objection is made to part of an item or category, the part shall be specified and inspection permitted of the remaining parts. Any ground not stated in a timely objection is waived unless the party's failure to object is excused by the court for good cause shown.

If you chose not to respond to a Request based on a claim of privilege or work product, then you must:

(1)     Identify with particularity any document, tangible thing, land, or electronically stored information falling within any category of item in the demand to which an objection is being made.

(2)     Set forth clearly the extent of, and the specific ground for, the objection. If an objection is based on a claim of privilege, the particular privilege invoked shall be stated. If an objection is based on a claim that the information sought is protected work product under, that claim should be expressly asserted.

If an objection to a Request is based on a claim of privilege, please provide a privilege log for each Request objected to, stating: (a) the nature of the document

(e.g., letter, memorandum, (b) date, (c) author, (d) recipients, (e) the sequential number (or document control umber, if any), and (f) the privilege claimed.

**DEFINITIONS**:

1. The terms "YOU" and "YOUR" refer to Third Party Defendant CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC. (hereinafter "CPMG"), and its current and former employees, independent contractors, subcontractors, officers, agents, directors, executives, partners, members, advisors, predecessors, successors, assigns, as well as any entity or entities owned or controlled, in whole or in part, by CPMG;

2. The term "PERSON" shall mean and include all natural persons, corporations, partnerships, associations and any other kind of business or legal entity;

3. The term "DOCUMENT" shall mean and include any printed, typewritten, or handwritten matter of whatever character, including specifically but not exclusively and without limiting the generality of the foregoing, letters, desk and other calendars, memoranda, telegrams, cables, reports, e-mails, charts, business records, books of account, ledgers, balance sheets, journals, personal records, accountant's statements, bank statements, handwritten notes, minutes of meetings, notes of meetings or conversations, catalogs, written agreements, checks, receipts, invoices, bills and any type of copy of such material. "Document" also refers to records including, but not limited to, photographs, microfilm, videotape, audiotape, motion pictures and any other originals and copies.

4. The term "INCIDENT" means all events referenced in Plaintiffs' operative First Amended Complaint, including Ruben Nunez's transfer from Patton State Hospital on August 5, 2011 to San Diego Central Jail, culminating in Ruben's death on August 13, 2015, while in custody at the San Diego Central Jail.

5. The term "DEPARTMENT" shall mean the COUNTY OF SAN DIEGO SHERIFF'S DEPARTMENT.

3
16-CV-1412-BEN (MDD)
**EXHIBIT 1 - 003**

6. "EMPLOYEE(S)" or "INDEPENDENT CONTRACTOR(S)" refers to any CPMG medical staff, doctors, physicians, psychiatrists, nurses, nurse practitioners, and/or physicians' assistants.

7. The term "RELATING TO" or "RELATED TO" shall mean mentioning, describing, evidencing, regarding, concerning, depicting or referring to in any way, directly or indirectly.

8. "In custody death" shall mean any individual's death that occurred while the individual was in custody of the San Diego County Sheriff's DEPARTMENT at any San Diego County Jail facility.

Pursuant to Fed. R. Civ. P. Rule 34, Plaintiff propounds the following requests:

**REQUEST FOR PRODUCTION NO. 1**: Any and all DOCUMENTS identified in Defendants' Initial Disclosures pursuant to FRCP 26(a)(1)(B).

**REQUEST FOR PRODUCTION NO. 2**: All written or recorded statements, and/or reports in YOUR possession, custody or control regarding the INCIDENT.

**REQUEST FOR PRODUCTION NO. 3**: All DOCUMENTS in YOUR possession, custody or control regarding any injuries sustained by decedent Ruben Nunez, including his death.

**REQUEST FOR PRODUCTION NO. 4**: Any and all DOCUMENTS, reports, quality assurance reports, reviews, peer reviews, and/or analyses RELATED TO Ruben Nunez's death or cause of death in YOUR custody, control, and/or possession.

**REQUEST FOR PRODUCTION NO. 5**: All DOCUMENTS in YOUR possession, custody or control RELATED TO Ruben Nunez's medical treatment, including but not limited to any and all medical records, charts, notes, on-call phone record notations, and the Medication Administration Records (MAR) during any and all times Ruben Nunez was treated by CPMG EMPLOYEES or

INDEPENDENT CONTRACTORS, including but not limited to Dr. Jose Naranjo, and Dr. Sara Hansen.

**REQUEST FOR PRODUCTION NO. 6**: Any and all documents which form any basis for or support the defense(s) of CPMG.

**REQUEST FOR PRODUCTION NO. 7**: Any and all DOCUMENTS RELATING TO the personnel files of Third Party Defendant Dr. Jose Naranjo since the commencement of his employment or contract with the CPMG.

**REQUEST FOR PRODUCTION NO. 8**: Any and all DOCUMENTS RELATING TO the personnel files of Third Party Defendant Dr. Sara Hansen since the commencement of her employment or contract with the CPMG.

**REQUEST FOR PRODUCTION NO. 9**: Any and all DOCUMENTS reflecting reports, meetings/discussions, "death summary" reports, "critical incident reports," quality assurance reviews, quality control processes/reports, continuous quality improvement reports, operating reports, corrective action reports/plans, "peer reviews," "root cause" analyses, "root cause" presentations, "cause of death" reports, and/or any records that are kept in the course of business after an "in custody death" from CMPG RELATED TO the death of Ruben Nunez.

**REQUEST FOR PRODUCTION NO. 10**: Any and all DOCUMENTS RELATING TO all disciplinary records, and/or complaints of misconduct or negligence of Third Party Defendants Dr. Jose Naranjo and Dr. Sara Hansen from January 1, 2006 to the present.

**REQUEST FOR PRODUCTION NO. 11**: Any and all DOCUMENTS RELATING TO all training records related to Third Party Defendants Dr. Jose Naranjo and Dr. Sara Hansen from January 1, 2006 to the present, including but not limited to continuity of care, bridging medication, on-call phone/remote orders, face—face consultation, reviewing medical charts, reviewing JIMS, reviewing

5
16-CV-1412-BEN (MDD)
**EXHIBIT 1 - 005**

medical discharge summary forms, and reviewing medication prescription lists of transferred patients.

**REQUEST FOR PRODUCTION NO. 12**: Any and all reports reflecting investigations of the acts, omissions, and/or failures to act by YOUR EMPLOYEES, INDEPENDENT CONTRACTORS, and/or agents RELATED TO the death of Ruben Nunez, including, but not limited to, "critical incident reports," quality assurance reviews, "peer reviews," "root cause" analyses, "root cause" presentations, and/or "cause of death" reports.

**REQUEST FOR PRODUCTION NO. 13**: Any and all communication, including but not limited to e-mails and correspondence, between any EMPLOYEE/agent/representative of CPMG with any EMPLOYEE/agent/representative of the County of San Diego or the County of San Diego Sheriff's DEPARTMENT RELATED TO the INCIDENT and/or the death of Ruben Nunez.

**REQUEST FOR PRODUCTION NO. 14**: Any and all communication, including but not limited to e-mails and correspondence, between any EMPLOYEES/agents/representatives of CPMG, including but not limited to communications between Dr. Rao (CPMG Medical Director/ Psychiatric Medical Director) and Dr. Jose Naranjo RELATED TO the INCIDENT and/or the death of Ruben Nunez.

**REQUEST FOR PRODUCTION NO. 15**:  Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision B, all COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for the agenda of all committee meetings RELATED TO the INCIDENT and/or the death of Ruben Nunez that are maintained in the Medical Services Administration Office in YOUR possession. *See also* California Code of Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887.

**REQUEST FOR PRODUCTION NO. 16**: Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision B, all COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for the minutes of all committee meetings RELATED TO the INCIDENT, the actions of CPMG EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the death of Ruben Nunez that are maintained in the Medical Services Administration Office in YOUR possession. *See* California Code of Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887.

**REQUEST FOR PRODUCTION NO. 17**: As set forth in the San Diego County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure Manual, Number 7.09.09, section IV, all COMMUNICATIONS and DOCUMENTS in preparation for, or produced from, or as a result of, any and all committee meetings RELATED TO the INCIDENT, the actions of CPMG EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the death of Ruben Nunez that are maintained in the Medical Services Administration Office in YOUR possession. *See* California Code of Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887.

**REQUEST FOR PRODUCTION NO. 18**: Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision C, all COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for any audit RELATED TO the INCIDENT, the actions of CPMG EMPLOYEES or INDEPENDENT CONTRACTORS, the death of Ruben Nunez, and/or important problems and concerns involving the medical treatment for hyponatremia, polydipsia, and/or water intoxication in YOUR possession. *See also* California Code of Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887.

| | |
|---|---|
| 1 | **REQUEST FOR PRODUCTION NO. 19**:  Pursuant to the San Diego |
| 2 | County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure |
| 3 | Manual, Number 7.09.09, section IV, subdivision D, all COMMUNICATIONS |
| 4 | and DOCUMENTS drafted, edited, or produced for on-site monitoring of medical |
| 5 | programs/activities through chart reviews RELATED TO the INCIDENT, CPMG |
| 6 | EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the death of Ruben |
| 7 | Nunez in YOUR possession.  *See also* California Code of Regulations, Title 15, |
| 8 | § 1202, as referenced in CSD003886-CSD003887. |
| 9 | **REQUEST FOR PRODUCTION NO. 20**:  Pursuant to the San Diego |
| 10 | County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure |
| 11 | Manual, Number 7.09.09, section IV, subdivision E, all COMMUNICATIONS and |
| 12 | DOCUMENTS drafted, edited, or produced regarding incorporation of |
| 13 | improvement activities and corrective actions into training programs RELATED |
| 14 | TO the INCIDENT, CPMG EMPLOYEES or INDEPENDENT CONTRACTORS, |
| 15 | and/or the death of Ruben Nunez in YOUR possession.  *See also* California Code |
| 16 | of Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887. |
| 17 | **REQUEST FOR PRODUCTION NO. 21**:  Pursuant to the San Diego |
| 18 | County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure |
| 19 | Manual, Number 7.09.09, section IV, subdivision F, all COMMUNICATIONS and |
| 20 | DOCUMENTS drafted, edited, or produced for any quality management or |
| 21 | improvement activities RELATED TO the INCIDENT, CPMG EMPLOYEES or |
| 22 | INDEPENDENT CONTRACTORS, and/or the death of Ruben Nunez in YOUR |
| 23 | possession.  *See also* California Code of Regulations, Title 15, § 1202, as |
| 24 | referenced in CSD003886-CSD003887. |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

| | | |
|---|---|---|
| 1 | DATED: July 10, 2017 | Respectfully submitted, |
| 2 | | IREDALE & YOO, APC |
| 3 | | |
| 4 | | _____ |
| 5 | | EUGENE IREDALE |
| 6 | | JULIA YOO |
| 7 | | GRACE JUN |
| | | Attorneys for Plaintiffs |
| | | Estate of Ruben Nunez *et al*. |

*Estate of Ruben Nunez, et al. v. County of San Diego et al.*
U.S. District Court, So. Dist. Calif. Case No. 16-cv-1412-BEN

**PROOF OF SERVICE**

I, JULIA YOO, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West F Street, Fourth Floor, San Diego, California 92101.

On July 10, 2017, I caused the following document(s) to be served:

1. **PLAINTIFFS' REQUEST FOR ADMISSIONS TO DEFENDANT PATTON STATE HOSPITAL (SET ONE)**
2. **PLAINTIFFS' REQUEST FOR ADMISSIONS TO DEFENDANT COUNTY OF SAN DIEGO (SET ONE)**
3. **PLAINTIFFS' INTERROGATORIES TO DEFENDANT PATTON STATE HOSPITAL (SET ONE)**
4. **PLAINTIFFS' INTERROGATORIES TO DEFENDANT KAYLA FISHER (SET ONE)**
5. **PLAINTIFFS' INTERROGATORIES TO DEFENDANT HARRY OREOL (SET ONE)**
6. **PLAINTIFFS' INTERROGATORIES TO DEFENDANT COUNTY OF SAN DIEGO (SET ONE)**
7. **PLAINTIFFS' REQUEST FOR PRODUCTION TO DEFENDANT PATTON STATE HOSPITAL (SET THREE)**
8. **PLAINTIFFS' REQUEST FOR PRODUCTION TO THIRD PARTY DEFENDANT CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC. (SET ONE)**
9. **PLAINTIFFS' INTERROGATORIES TO DEFENDANT ALFRED JOSHUA (SET ONE)**

I served each of the above-referenced document(s), by placing them in a sealed envelope, postage fully prepaid, and placing them in a regulated receptacle for the United States mail, addressed as follows:

- 1 -
16-cv-1412-BEN
EXHIBIT 1 - 010

| | |
|---|---|
| Juan Fernando Kish<br>Office of County Counsel<br>1600 Pacific Highway, Rm 355<br>San Diego, CA 92101<br>619-531-4713<br>Fax: 619-531-6005<br>Email: fernando.kish@sdcounty.ca.gov<br>Attorneys for Defendants County of San Diego *et al.* | Daniel Eskue<br>California Department of Justice<br>300 Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Telephone: (213) 987-2699<br>Fax: (213) 897-2810<br>E-mail: Daniel.Eskue@doj.ca.gov<br>Attorneys for Defendants Patton State Hospital *et al.* |
| Terry Schafer<br>Samuel Crockett<br>Doyle Schafer McMahon<br>100 Spectrum Center Dr # 520<br>Irvine, CA 92618<br>Tel: 949-727-7077<br>Fax: 949-727-1284<br>Email: tschafer@dsmllp.com<br>Email: scrockett@dsmllp.com<br>Attorneys for Defendant Sara Hansen | Robert McKenna<br>Jennifer Scher<br>Carroll Kelly Trotter Franzen<br>McKenna & Peabody<br>111 W Ocean Blvd 14th Fl<br>PO Box 22636<br>Long Beach, CA 90801-5636<br>Email: rlmckenna@cktfmlaw.com<br>Attorneys for Defendant Jorge Naranjo |
| Clark Ray Hudson<br>Elizabeth Harris<br>Neil Dymott Frank McFall & Trexler<br>1010 Second Avenue<br>Suite 2500<br>San Diego, CA 92101-4959<br>Email: chudson@neildymott.com<br>Email: eharris@neildymott.com<br>Attorneys for Defendant Correctional Physicians Medical Group, Inc. | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2017 in San Diego, California.

*/s/ Julia Yoo*
JULIA YOO