# EXHIBIT 2

1  Clark R. Hudson, SBN 149329
   chudson@neildymott.com
2  Elizabeth A. Harris, SBN 281505
   eharris@neildymott.com
3  NEIL, DYMOTT, FRANK,
   MCCABE & HUDSON
4  A Professional Law Corporation
   1010 Second Avenue, Suite 2500
5  San Diego, CA 92101-4959
   **P** 619.238.1712 / **F** 619.238.1562
6
7  Attorneys for Defendant,
   CORRECTIONAL PHYSICIANS
8  MEDICAL GROUP, INC.

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 THE ESTATE OF RUBEN NUNEZ, by and through its successor-in-interest, LYDIA NUNEZ, ALBERT NUNEZ, AND LYDIA NUNEZ, | CASE NO. 3:16-cv-01412-BEN-MDD |
| 15     Plaintiffs, | **DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)** |
| 16 v. | |
| 17 COUNTY OF SAN DIEGO et al., | |
| 18     Defendants. | ASSIGNED FOR ALL PURPOSES TO: JUDGE: HON. ROGER T. BENITEZ |
| 19 _____ | MAG. JUDGE: HON MITHCELL D. DEMBIN |
| 20 COUNTY OF SAN DIEGO et al., | COURTROOM: 5A |
| 21     Third Party Plaintiffs, | |
|     v. | Complaint Filed: 6/8/16 |
| 22 | FAC Filed: 8/30/16 |
| 23 CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC. a California Corporation, JORGE NARANJO, an individual, and SARA HANSEN, an individual, | 3rd Party Complaint Filed:12/12/16 SAC Filed: 07/13/17 Trial Date: Not Yet Set |
| 25 | |
| 26     Third Party Defendants. | |

27

28

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs, ESTATE OF RUBEN NUNEZ et. al. |
| RESPONDING PARTY: | Defendant, CORRECTIONAL PHYSICIANS |
| | MEDICAL GROUP, INC. |
| SET NUMBER: | ONE (1) |

Comes now Defendant, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC., and provides *supplemental* responses under Fed. R. Civ. P. 34(b)(2) and pursuant to Fed. R. Civ. P. 26(e), to Plaintiffs' Request for Production of Documents (Set One) as follows:

The following responses are given without prejudice to the responding party's rights to produce evidence of any subsequently discovered facts, which this responding party may later recall. This responding party accordingly reserves the right to change any and all answers herein as additional facts are ascertained, analysis are made. The answers contained herein are made in good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be prejudicial to the responding party in relation to further discovery, research, and/or analysis.

In providing the below supplemental responses, CPMG preserves and incorporates by reference all objections and assertions of privilege stated in CPMG's original Responses to Plaintiffs' Request for Production of Documents (Set One). These objections include, but are not limited to the following: Vague, ambiguous, and overly broad. This request seeks discovery of materials not relevant to any party's claim or defense in violation of Fed. R. Civ. P. 26(b)(1). Defendant objects to this request to the extent it requests information protected from disclosure by the attorney-client privilege and the attorney work-product doctrine. (See Fed. R. Evid. 502; Fed. R. Civ. P. 26(b)(3).) Further, Defendant objects with respect to requests which seek unreasonable violation of privacy protections afforded by the California State Constitution and United States Constitution. "Federal courts generally recognize a constitutionally-based right of privacy that may be asserted response to discovery requests." (See e.g., *Jadwin v.*

*City of Kern*, No. 107CV-0026-OWW-TAG, 2008 WL 2025093, at *3 (E.D. Cal. May 9, 2008), citing *Johnson ex rel. Johnson v. Thompson* (9th Cir. 1992) 971 F.2d 1487, 1497; *Megargee v. Wittman,* No. CV F 06 0684 LJO WMW P, 2007 WL 2462097, at *2 (E.D.Cal.2007)

Thus, to avoid simply restating these objections with each supplemental response provided below, CPMG hereby provides these supplemental responses subject to the above-stated objections and subject to all objections stated and preserved in CPMG's original Responses to Plaintiffs' Request for Production of Documents (Set One).

## *SUPPLEMENTAL* RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

All written or recorded statements, and/or reports in YOUR possession, custody or control regarding the INCIDENT.

### SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Subject to the above-referenced and previously objections and/or assertions of privilege, Defendant responds as follows:

Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was previously identified in CPMG's Amended Privilege Log in Support of Responses to Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent search and reasonable review of its files at the time, CPMG was unable to locate these minutes and presumed the reason was because minutes were not generated from this meeting. CPMG has subsequently located Exhibit A, which had been mistakenly misfiled as Corporate Minutes in CPMG's files.

///

2

DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

1    Attached as **Exhibit D,** please find a copy of the Medical Services Division
2  (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

3    Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG
4  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-
5  August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to
6  Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated
7  provider and patient names redacted consistent with HIPAA and the Court's Order on
8  Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

9    Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-
10 Up Report.

11 **REQUEST FOR PRODUCTION NO. 2:**

12    All DOCUMENTS in YOUR possession, custody or control regarding any
13 injuries sustained by decedent Ruben Nunez, including his death.

14 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

15    Subject to the above-referenced and previously objections and/or assertions of
16 privilege, Defendant responds as follows:

17    Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical
18 Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated
19 January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or
20 Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint
21 Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was
22 previously identified in CPMG's Amended Privilege Log in Support of Responses to
23 Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent
24 search and reasonable review of its files at the time, CPMG was unable to locate these
25 minutes and presumed the reason was because minutes were not generated from this
26 meeting. CPMG has subsequently located Exhibit A, which had been mistakenly
27 misfiled as Corporate Minutes in CPMG's files.
28 ///

1    Attached as **Exhibit D,** please find a copy of the Medical Services Division
2    (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

3    Attached as **Exhibit G**, please find E-Mail Correspondence between Dr. Mannis,
4    Dr. Rao, and Dr. Badre. Exhibit G was previously identified in CPMG's Amended
5    Privilege Log in Support of Responses to Plaintiffs' Request for Production of
6    Documents (Set One), but CPMG was not ordered to produce Exhibit G following the
7    Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].
8    However, upon further review of the Court's Order and the Court's rulings with respect
9    to CPMG's objections and assertions of privilege, CPMG believes Exhibit G should in
10   fact be produced.

11   Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG
12   affiliates and San Diego Sheriff's Department employees dated August 17, 2016-
13   August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to
14   Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated
15   provider and patient names redacted consistent with HIPAA and the Court's Order on
16   Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

17   Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-
18   Up Report.

19   **REQUEST FOR PRODUCTION NO. 3:**
20   ~~Any and all DOCUMENTS, reports, quality assurance reports, reviews, peer~~
21   ~~reviews, and/or analyses RELATED TO Ruben Nunez's death or cause of death in~~
22   ~~YOUR custody, control, and/or possession.~~
23   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**
24   Subject to the above-referenced and previously objections and/or assertions of
25   privilege, Defendant responds as follows:
26   Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical
27   Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated
28   January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or

Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was previously identified in CPMG's Amended Privilege Log in Support of Responses to Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent search and reasonable review of its files at the time, CPMG was unable to locate these minutes and presumed the reason was because minutes were not generated from this meeting. CPMG has subsequently located Exhibit A, which had been mistakenly misfiled as Corporate Minutes in CPMG's files.

Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting Summary and E-Mail Correspondence between Dr. Mannis and County of San Diego/San Diego Sheriff's Department employees dated September 13-September 23, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit B has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].

Attached as **Exhibit D,** please find a copy of the Medical Services Division (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

Attached as **Exhibit E**, please find E-Mail Correspondence Between Dr. Hansen and Dr. Mannis dated September 29 and September 30, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit E has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].

Attached as **Exhibit F**, please find E-Mail Correspondence between Dr. Mannis, Dr. Rao, Claire Wilson, and Dr. Redburn dated September 20, 2016, as well as E-Mail Correspondence Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit F has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].

Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG affiliates and San Diego Sheriff's Department employees dated August 17, 2016-

August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated provider and patient names redacted consistent with HIPAA and the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-Up Report.

## REQUEST FOR PRODUCTION NO. 4:

Any and all DOCUMENTS reflecting reports, meetings/discussions, "death summary" reports, "critical incident reports," quality assurance reviews, quality control processes/reports, continuous quality improvement reports, operating reports, corrective action reports/plans, "peer reviews," "root cause" analyses, "root cause" presentations, "cause of death" reports, and/or any records that are kept in the course of business after an "in custody death" from CMPG RELATED TO the death of Ruben Nunez.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

Subject to the above-referenced and previously objections and/or assertions of privilege, Defendant responds as follows:

Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was previously identified in CPMG's Amended Privilege Log in Support of Responses to Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent search and reasonable review of its files at the time, CPMG was unable to locate these minutes and presumed the reason was because minutes were not generated from this meeting. CPMG has subsequently located Exhibit A, which had been mistakenly misfiled as Corporate Minutes in CPMG's files.

1    Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting

2  Summary and E-Mail Correspondence between Dr. Mannis and County of San

3  Diego/San Diego Sheriff's Department employees dated September 13-September 23,

4  2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit

5  B has been redacted, consistent with the Court's Order on Joint Motion for

6  Determination of Discovery Dispute [ECF No. 190].

7    Attached as **Exhibit D,** please find a copy of the Medical Services Division

8  (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

9    Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG

10  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-

11  August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to

12  Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated

13  provider and patient names redacted consistent with HIPAA and the Court's Order on

14  Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

15    Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-

16  Up Report.

17  **REQUEST FOR PRODUCTION NO. 5:**

18    Any and all DOCUMENTS RELATING TO all disciplinary records, and/or

19  complaints of misconduct or negligence of Third-Party Defendants Dr. Jose Naranjo

20  ~~and Dr. Sara Hansen from January 1, 2006 to the present.~~

21  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

22    Subject to the above-referenced and previously objections and/or assertions of

23  privilege, Defendant responds as follows:

24    Attached as **Exhibit F**, please find E-Mail Correspondence between Dr. Mannis,

25  Dr. Rao, Claire Wilson, and Dr. Redburn dated September 20, 2016. Information not

26  pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit F has been redacted,

27  consistent with the Court's Order on Joint Motion for Determination of Discovery

28  Dispute [ECF No. 190].

1  Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG

2  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-

3  August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to

4  Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated

5  provider and patient names redacted consistent with HIPAA and the Court's Order on

6  Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

7  Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-

8  Up Report.

9  **REQUEST FOR PRODUCTION NO. 6:**

10  Any and all DOCUMENTS RELATING TO all training records related to Third

11  Party Defendants Dr. Jose Naranjo [sic] and Dr. Sara Hansen from January 1, 2006 to

12  the present, including but not limited to continuity of care, bridging medication, on-call

13  phone/remote orders, face-face consultation, reviewing medical charts, reviewing

14  JIMS, reviewing medical discharge summary forms, and reviewing medication

15  prescription lists of transferred patients.

16  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

17  Subject to the above-referenced and previously objections and/or assertions of

18  privilege, Defendant responds as follows:

19  Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical

20  ~~Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated~~

21  January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr.

22  Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint

23  Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was

24  previously identified in CPMG's Amended Privilege Log in Support of Responses to

25  Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent

26  search and reasonable review of its files at the time, CPMG was unable to locate these

27  minutes and presumed the reason was because minutes were not generated from this

28

1  meeting. CPMG has subsequently located Exhibit A, which had been mistakenly
2  misfiled as Corporate Minutes in CPMG's files.

3       Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting
4  Summary and E-Mail Correspondence between Dr. Mannis and County of San
5  Diego/San Diego Sheriff's Department employees dated September 13-September 23,
6  2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit
7  B has been redacted, consistent with the Court's Order on Joint Motion for
8  Determination of Discovery Dispute [ECF No. 190].

9       Attached as **Exhibit C**, please find E-Mail Correspondence between Dr. Joshua,
10  County employees, and CPMG affiliates dated November 10, 2014 and November 21,
11  2014, which references various San Diego Sheriff's Department Policies and
12  Procedures; and E-Mail Correspondence from Dr. Rao to CPMG providers dated May
13  12, 2015 and regarding JIMS.

14       Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-
15  Up Report.

16  **REQUEST FOR PRODUCTION NO. 7:**

17       Any and all reports reflecting investigations of the acts, omissions, and/or failures
18  to act by YOUR EMPLOYEES, INDEPENDENT CONTRACTORS, and/or agents
19  RELATED TO the death of Ruben Nunez, including, but not limited to, "critical
20  ~~incident reports," quality assurance reviews, "peer reviews," "root cause" analyses,~~
21  "root cause" presentations, and/or "cause of death" reports.

22  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

23       Subject to the above-referenced and previously objections and/or assertions of
24  privilege, Defendant responds as follows:

25       Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical
26  Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated
27  January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr.
28  Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint

1  Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was

2  previously identified in CPMG's Amended Privilege Log in Support of Responses to

3  Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent

4  search and reasonable review of its files at the time, CPMG was unable to locate these

5  minutes and presumed the reason was because minutes were not generated from this

6  meeting. CPMG has subsequently located Exhibit A, which had been mistakenly

7  misfiled as Corporate Minutes in CPMG's files.

8      Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting

9  Summary and E-Mail Correspondence between Dr. Mannis and County of San

10  Diego/San Diego Sheriff's Department employees dated September 13-September 23,

11  2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit

12  B has been redacted, consistent with the Court's Order on Joint Motion for

13  Determination of Discovery Dispute [ECF No. 190].

14      Attached as **Exhibit D,** please find a copy of the Medical Services Division

15  (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

16      Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-

17  Up Report.

18  **REQUEST FOR PRODUCTION NO. 8:**

19      Any and all communication, including but not limited to e-mails and

20  correspondence, between any EMPLOYEE/agent/representative of CPMG with any

21  EMPLOYEE/agent/representative of the County of San Diego or the County of San

22  Diego Sheriff's DEPARTMENT RELATED TO the INCIDENT and/or the death of

23  Ruben Nunez.

24  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

25      Subject to the above-referenced and previously objections and/or assertions of

26  privilege, Defendant responds as follows:

27      Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG

28  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-

DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

1   August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to

2   Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated

3   provider and patient names redacted consistent with HIPAA and the Court's Order on

4   Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

5   **REQUEST FOR PRODUCTION NO. 9:**

6         Any and all communication, including but not limited to e-mails and

7   correspondence, between any EMPLOYEES/agents/representatives of CPMG,

8   including but not limited to communications between Dr. Rao (CPMG Medical

9   Director/ Psychiatric Medical Director) and Dr. Jose Naranjo RELATED TO the

10  INCIDENT and/or the death of Ruben Nunez.

11  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

12        Subject to the above-referenced and previously objections and/or assertions of

13  privilege, Defendant responds as follows:

14        Attached as **Exhibit I**, please find a Letter dated September 25, 2015 and E-Mail

15  Correspondence dated December 7, 2015-December 21, 2105 regarding Dr. Naranjo's

16  resignation. Exhibit H is being produced in order to clarify the nature of Dr. Naranjo's

17  departure from CPMG in light of e-mail correspondence which seemingly indicates he

18  was terminated for cause.

19  **REQUEST FOR PRODUCTION NO. 10:**

20        Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services

21  Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision B, all

22  COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for the agenda

23  of all committee meetings RELATED TO the INCIDENT and/or the death of Ruben

24  Nunez that are maintained in the Medical Services Administration Office in YOUR

25  possession.  See also California Code of Regulations, Title 15, § 1202, as referenced in

26  CSD003886-CSD003887.

27  ///

28  ///

DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Subject to the above-referenced and previously objections and/or assertions of privilege, Defendant responds as follows:

Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was previously identified in CPMG's Amended Privilege Log in Support of Responses to Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent search and reasonable review of its files at the time, CPMG was unable to locate these minutes and presumed the reason was because minutes were not generated from this meeting. CPMG has subsequently located Exhibit A, which had been mistakenly misfiled as Corporate Minutes in CPMG's files.

Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting Summary and E-Mail Correspondence between Dr. Mannis and County of San Diego/San Diego Sheriff's Department employees dated September 13-September 23, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit B has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].

Attached as **Exhibit D,** please find a copy of the Medical Services Division (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG affiliates and San Diego Sheriff's Department employees dated August 17, 2016-August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated provider and patient names redacted consistent with HIPAA and the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

1       Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-

2 Up Report.

3 **REQUEST FOR PRODUCTION NO. 11:**

4       Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services

5 Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision B, all

6 COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for the minutes

7 of all committee meetings RELATED TO the INCIDENT, the actions of CPMG

8 EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the death of Ruben

9 Nunez that are maintained in the Medical Services Administration Office in YOUR

10 possession. See California Code of Regulations, Title 15, § 1202, as referenced in

11 CSD003886-CSD003887.

12 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

13       Subject to the above-referenced and previously objections and/or assertions of

14 privilege, Defendant responds as follows:

15       Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical

16 Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated

17 January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr.

18 Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint

19 Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was

20 ~~previously identified in CPMG's Amended Privilege Log in Support of Responses to~~

21 Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent

22 search and reasonable review of its files at the time, CPMG was unable to locate these

23 minutes and presumed the reason was because minutes were not generated from this

24 meeting. CPMG has subsequently located Exhibit A, which had been mistakenly

25 misfiled as Corporate Minutes in CPMG's files.

26       Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting

27 Summary and E-Mail Correspondence between Dr. Mannis and County of San

28 Diego/San Diego Sheriff's Department employees dated September 13-September 23,

DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit B has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].

Attached as **Exhibit D,** please find a copy of the Medical Services Division (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG affiliates and San Diego Sheriff's Department employees dated August 17, 2016-August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated provider and patient names redacted consistent with HIPAA and the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-Up Report.

**REQUEST FOR PRODUCTION NO. 12:**

As set forth in the San Diego County Sheriff's DEPARTMENT Medical Services Division Policy and Procedure Manual, Number 7.09.09, section IV, all COMMUNICATIONS and DOCUMENTS in preparation for, or produced from, or as a result of, any and all committee meetings RELATED TO the INCIDENT, the actions of CPMG EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the death of ~~Ruben Nunez that are maintained in the Medical Services Administration Office in~~ YOUR possession. See California Code of Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Subject to the above-referenced and previously objections and/or assertions of privilege, Defendant responds as follows:

Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr.

1   Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint
2   Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was
3   previously identified in CPMG's Amended Privilege Log in Support of Responses to
4   Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent
5   search and reasonable review of its files at the time, CPMG was unable to locate these
6   minutes and presumed the reason was because minutes were not generated from this
7   meeting. CPMG has subsequently located Exhibit A, which had been mistakenly
8   misfiled as Corporate Minutes in CPMG's files.

9   Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting
10  Summary and E-Mail Correspondence between Dr. Mannis and County of San
11  Diego/San Diego Sheriff's Department employees dated September 13-September 23,
12  2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit
13  B has been redacted, consistent with the Court's Order on Joint Motion for
14  Determination of Discovery Dispute [ECF No. 190].

15  Attached as **Exhibit D,** please find a copy of the Medical Services Division
16  (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

17  Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG
18  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-
19  August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to
20  Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated
21  provider and patient names redacted consistent with HIPAA and the Court's Order on
22  Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

23  Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-
24  Up Report.

25  **REQUEST FOR PRODUCTION NO. 13:**

26  Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services
27  Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision C, all
28  COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for any audit

15

DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

1  RELATED TO the INCIDENT, the actions of CPMG EMPLOYEES or

2  INDEPENDENT CONTRACTORS, the death of Ruben Nunez, and/or important

3  problems and concerns involving the medical treatment for hyponatremia, polydipsia,

4  and/or water intoxication in YOUR possession. See also California Code of

5  Regulations, Title 15, § 1202, as referenced in CSD003886-CSD003887.

6  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

7      Subject to the above-referenced and previously objections and/or assertions of

8  privilege, Defendant responds as follows:

9      Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical

10 Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated

11 January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr.

12 Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint

13 Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was

14 previously identified in CPMG's Amended Privilege Log in Support of Responses to

15 Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent

16 search and reasonable review of its files at the time, CPMG was unable to locate these

17 minutes and presumed the reason was because minutes were not generated from this

18 meeting. CPMG has subsequently located Exhibit A, which had been mistakenly

19 misfiled as Corporate Minutes in CPMG's files.

20     Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting

21 Summary and E-Mail Correspondence between Dr. Mannis and County of San

22 Diego/San Diego Sheriff's Department employees dated September 13-September 23,

23 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit

24 B has been redacted, consistent with the Court's Order on Joint Motion for

25 Determination of Discovery Dispute [ECF No. 190].

26     Attached as **Exhibit D,** please find a copy of the Medical Services Division

27 (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

28 ///

1    Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG

2 affiliates and San Diego Sheriff's Department employees dated August 17, 2016-

3 August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to

4 Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated

5 provider and patient names redacted consistent with HIPAA and the Court's Order on

6 Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

7    Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-

8 Up Report.

9 **REQUEST FOR PRODUCTION NO. 14:**

10    Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services

11 Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision D, all

12 COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for on-site

13 monitoring of medical programs/activities through chart reviews RELATED TO the

14 INCIDENT, CPMG EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the

15 death of Ruben Nunez in YOUR possession. See also California Code of Regulations,

16 Title 15, § 1202, as referenced in CSD003886-CSD003887.

17 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

18    Subject to the above-referenced and previously objections and/or assertions of

19 privilege, Defendant responds as follows:

20    ~~Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical~~

21 Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated

22 January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or

23 Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint

24 Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was

25 previously identified in CPMG's Amended Privilege Log in Support of Responses to

26 Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent

27 search and reasonable review of its files at the time, CPMG was unable to locate these

28 minutes and presumed the reason was because minutes were not generated from this

1   meeting. CPMG has subsequently located Exhibit A, which had been mistakenly
2   misfiled as Corporate Minutes in CPMG's files.

3       Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting
4   Summary and E-Mail Correspondence between Dr. Mannis and County of San
5   Diego/San Diego Sheriff's Department employees dated September 13-September 23,
6   2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit
7   B has been redacted, consistent with the Court's Order on Joint Motion for
8   Determination of Discovery Dispute [ECF No. 190].

9       Attached as **Exhibit D,** please find a copy of the Medical Services Division
10  (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

11      Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG
12  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-
13  August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to
14  Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated
15  provider and patient names redacted consistent with HIPAA and the Court's Order on
16  Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

17      Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-
18  Up Report.

19  **REQUEST FOR PRODUCTION NO. 15:**

20      Pursuant to the ~~San Diego County Sheriff's DEPARTMENT Medical Services~~
21  Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision E, all
22  COMMUNICATIONS and DOCUMENTS drafted, edited, or produced regarding
23  incorporation of improvement activities and corrective actions into training programs
24  RELATED TO the INCIDENT, CPMG EMPLOYEES or INDEPENDENT
25  CONTRACTORS, and/or the death of Ruben Nunez in YOUR possession. See also
26  California Code of Regulations, Title 15, § 1202, as referenced in CSD003886-
27  CSD003887.

28  ///

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Subject to the above-referenced and previously objections and/or assertions of privilege, Defendant responds as follows:

Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was previously identified in CPMG's Amended Privilege Log in Support of Responses to Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent search and reasonable review of its files at the time, CPMG was unable to locate these minutes and presumed the reason was because minutes were not generated from this meeting. CPMG has subsequently located Exhibit A, which had been mistakenly misfiled as Corporate Minutes in CPMG's files.

Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting Summary and E-Mail Correspondence between Dr. Mannis and County of San Diego/San Diego Sheriff's Department employees dated September 13-September 23, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit B has been redacted, consistent with the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190].

Attached as **Exhibit D,** please find a copy of the Medical Services Division (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

Attached as **Exhibit H**, please find E-Mail Correspondence between CPMG affiliates and San Diego Sheriff's Department employees dated August 17, 2016-August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated provider and patient names redacted consistent with HIPAA and the Court's Order on Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

1    Attached as **Exhibit J**, please find Psychiatric Peer Review – Intake & Follow-
2  Up Report.

3  **REQUEST FOR PRODUCTION NO. 16:**

4    Pursuant to the San Diego County Sheriff's DEPARTMENT Medical Services
5  Division Policy and Procedure Manual, Number 7.09.09, section IV, subdivision F, all
6  COMMUNICATIONS and DOCUMENTS drafted, edited, or produced for any quality
7  management or improvement activities RELATED TO the INCIDENT, CPMG
8  EMPLOYEES or INDEPENDENT CONTRACTORS, and/or the death of Ruben
9  Nunez in YOUR possession. See also California Code of Regulations, Title 15, § 1202,
10  as referenced in CSD003886-CSD003887.

11  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

12    Subject to the above-referenced and previously objections and/or assertions of
13  privilege, Defendant responds as follows:

14    Attached as **Exhibit A**, please find a copy of Correctional Physicians Medical
15  Group, Inc. Staff Meeting Minutes to Include Peer Review/Quality Assurance, dated
16  January 12, 2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or
17  Dr. Hansen in Exhibit A has been redacted, consistent with the Court's Order on Joint
18  Motion for Determination of Discovery Dispute [ECF No. 190]. Exhibit A was
19  previously identified in CPMG's Amended Privilege Log in Support of Responses to
20  Plaintiffs' Request for Production of Documents (Set One). However, despite a diligent
21  search and reasonable review of its files at the time, CPMG was unable to locate these
22  minutes and presumed the reason was because minutes were not generated from this
23  meeting. CPMG has subsequently located Exhibit A, which had been mistakenly
24  misfiled as Corporate Minutes in CPMG's files.

25    Attached as **Exhibit B**, please find a copy of a September 21, 2016 Meeting
26  Summary and E-Mail Correspondence between Dr. Mannis and County of San
27  Diego/San Diego Sheriff's Department employees dated September 13-September 23,
28  2016. Information not pertaining to Ruben Nunez, Dr. Naranjo, or Dr. Hansen in Exhibit

1  B has been redacted, consistent with the Court's Order on Joint Motion for

2  Determination of Discovery Dispute [ECF No. 190].

3      Attached as **Exhibit D,** please find a copy of the Medical Services Division

4  (MSD) Psychiatric Medication Follow-Up Documentation dated January 2016.

5      Attached as **Exhibit H,** please find E-Mail Correspondence between CPMG

6  affiliates and San Diego Sheriff's Department employees dated August 17, 2016-

7  August 28, 2016. Although several of the e-mails in this e-mail chain do not pertain to

8  Ruben Nunez, Dr. Naranjo, or Dr. Hansen, they are provided in full (with only unrelated

9  provider and patient names redacted consistent with HIPAA and the Court's Order on

10  Joint Motion for Determination of Discovery Dispute [ECF No. 190]) for context.

11      Attached as **Exhibit J,** please find Psychiatric Peer Review – Intake & Follow-

12  Up Report.

13

14  Dated:    January 24, 2019                     NEIL, DYMOTT, FRANK,
                                                    MCCABE & HUDSON
15                                                  A Professional Law Corporation

16

17                                                  By: _____

18                                                  Clark R. Hudson
                                                    Elizabeth A. Harris
19                                                  Attorneys for Third-Party
                                                    Defendant/Defendant,
20                                                  CORRECTIONAL PHYSICIANS
                                                    MEDICAL GROUP. INC.
21

22

23

24

25

26

27

28

DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

*Nunez v. County of San Diego, et al.*
Case No.: 16cv1412-BEN(MDD)

## VERIFICATION

I, Steven H. Mannis, M.D., on behalf of Correctional Physicians Medical Group, Inc., have read the foregoing, **DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE),** and know the contents thereof. I certify that the same is true of my own knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct and that this declaration was executed this _23_ day of _January_, 2019 in _San Diego_, California.

_____
Steven H. Mannis, M.D., on behalf of
Correctional Physicians Medical Group, Inc.

## CERTIFICATE OF SERVICE
## [FRCP 5(b)(2)(C)]

I, the undersigned, am employed in the county of San Diego, state of California. I am over the age of 18 and not a party to the within action; my business address is 110 West A Street, Suite 1200, San Diego, California, 92101.

On **January 24, 2019**, I caused to be served the document(s) described as follows:

**1. DEFENDANT, CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**

On the parties in this action addressed as follows:

| | |
|---|---|
| Eugene G. Iredale, Esq.<br>Julia Yoo, Esq.<br>Grace Jun, Esq.<br>IREDALE & YOO, APC<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>T: (619) 233-1525 / F: (619) 233-3221<br>egiredale@yahoo.com<br>jyoo@iredalelaw.com<br>gjun@iredalelaw.com | Xavier Becerra<br>Attorney General of California<br>Richard J. Rojo<br>Supervising Deputy Attorney General<br>Daniel G. Eskue<br>Deputy Attorney General<br>Attorney General's Office<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>T: (213) 269-6491 / F: (213) 897-2810<br>Daniel.eskue@doj.ca.gov |
| **Attorney(s) for Plaintiff(s),<br>The Estate of Ruben Nunez, by and through Successor-in-Interest, Lydia Nunez; and Lydia Nunez and Albert Nunez** | **Attorney(s) for Defendants,<br>State of California, by and through the Department of State Hospitals and Patton State Hospital, Harry Oreal, Kayla Fisher, Theresa Baroi, Wilda D. Ramos and Naphtal Rucibwa** |
| Robert L. McKenna, Esq.<br>Kaytee V. Costa, Esq.<br>Kjar, McKenna & Stockalper, LLP<br>7711 Center Avenue, Suite 670<br>Huntington Beach, CA 92647<br>Telephone No. (657) 237-7533<br>Facsimile No. (657) 237-7534<br>rmckenna@kmslegal.com<br>kcosta@kmslegal.com | Terrance J. Schafer, Esq.<br>Jamie A. Mason, Esq.<br>DOYLE, SCHAFER & MCMAHON<br>5440 Trabuco Road<br>Irvine, CA 92620<br>tschafer@dsmllp.com<br>jmason@dsmllp.com |
| **Attorney(s) for Third-Party Defendant,<br>Jorge Naranjo, M.D.** | **Attorney(s) for Third-Party Defendant,<br>Sara Hansen, M.D.** |

1

1  Thomas E. Montgomery, County Counsel
   Fernando Kish, Senior Deputy
2  1600 Pacific Highway, Room 355
   San Diego, CA 92101
3  T: (619) 531-4713 / F: (619) 531-6005
   Fernando.kish@sdcounty.ca.gov
4
   **Attorney(s) for Defendants/Third-**
5  **Party Plaintiffs,**
   **County of San Diego, William Gore,**
6  **Alfred Joshua and Bruce Leicht**

7

8  ☒   **BY MAIL** - As follows:  I am "readily familiar" with the firm's practice of

9      collection and processing correspondence for mailing.  Under that practice it

10     would be deposited with the U.S. Postal Service on that same day with postage

11     thereon fully prepaid at San Diego, California in the ordinary course of

12     business.  The envelope was sealed and placed for collection and mailing on

13     this date following our ordinary practices.  I am aware that on motion of the

14     party served, service is presumed invalid if postal cancellation date or postage

15     meter date is more than one day after date of deposit for mailing in affidavit.

16 ☒   **BY ELECTRONIC TRANSMISSION** - As follows:  I personally sent to the

17     addressee's email addresses true and correct copies of the above-described

18     documents.

19

20     Executed on **January 24, 2019**, at San Diego, California.

21     I declare under penalty of perjury under the laws of the state of California, that

22     the above is true and correct.

23

24                                   _Hannah DuBois_

25                                   Hannah DuBois

26

27

28

# EXHIBIT A

CONFIDENTIAL

# EXHIBIT B

CONFIDENTIAL

# EXHIBIT C

CONFIDENTIAL

# EXHIBIT D

CONFIDENTIAL

# EXHIBIT E

CONFIDENTIAL

 **Gmail**

Steve Mannis <cpmedgroup@gmail.com>

## Question
3 messages

**Sara Hansen** <saramhansen@gmail.com>                                   Thu, Sep 29, 2016 at 10:40 PM
To: Steve Mannis <steve@cpmedgroup.com>

Hi Dr. Mannis,

I hope I don't sound too direct, but I'm concerned. The issue is especially highlighted by the abrupt termination of
Dr. B███. I can't help but be concerned about own my job security.

With the Ruben Nunez case pending, I wonder if my job is also in jeopardy, especially considering the county's
position/stance?

You mentioned last night, after an adverse event "you may be removed from the schedule temporarily" ...per the
county's request.

I really need clarification on this. I have a mortgage, school loans, other bills, not to mention my livelihood.

If I should be looking for another job I need to know now.
More so, is this something I need to constantly worry about?

Unlike Dr. B███, this is my career. Please let me know where I stand.

Sincerely,
Sara Hansen

Sent from my iPhone

**Steve Mannis** <steve@cpmedgroup.com>                                   Fri, Sep 30, 2016 at 10:10 AM
To: Sara Hansen <saramhansen@gmail.com>
Cc: Steve Mannis <steve@cpmedgroup.com>

Sara, I do not think you are in jeopardy of losing your job. The county does want to review your cases which
have all been excellent  except for the outcome of the nunez case.    The providers are treated the same way
the nurses are at the jails.  If there is a serious event or death ( not just an adverse event) the county does
reserve the right to remove a provider  temporarily until the case is reviewed. ( this would be within a week)  I
would hope this would be an extremely rare occasion.  In this rare event, the case would be reviewed promptly
and with your skill level, I doubt they would remove you permanently.    I value your services and would not
want you seeking another job. In fact I am hoping to give you a raise in 6 months.     Barnes did several things
where his care was  felt to be dangerous to patients.   I don't think you practice the same type of Medicine.
I hope you make this your career and look forward to working with you for a long time.

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276
[Quoted text hidden]

**Sara Hansen** <saramhansen@gmail.com>                                   Fri, Sep 30, 2016 at 8:45 PM

**CONFIDENTIAL**

1/12/2019, 4:18 PM

https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=...

. To: Steve Mannis <steve@cpmedgroup.com>

Dr. Mannis,

Thank you. I appreciate your response and I am somewhat reassured. Honestly, I really enjoy the work. I want to be an integral part in improving psychiatric care in the SD jail system now, as well as in the future.  I think it's a good fit for me. I'm not sure what lies ahead with the Nunez case. I will hope for the best.

Kindest Regards,
Sara

Sent from my iPhone

On Sep 30, 2016, at 10:10 AM, Steve Mannis <steve@cpmedgroup.com> wrote:

Sara, I do not think you are in jeopardy of losing your job. The county does want to review your cases which have all been excellent  except for the outcome of the nunez case.    The providers are treated the same way the nurses are at the jails.  If there is a serious event or death ( not just an adverse event) the county does reserve the right to remove a provider  temporarily until the case is reviewed. ( this would be within a week)  I would hope this would be an extremely rare occasion.  In this rare event, the case would be reviewed promptly and with your skill level, I doubt they would remove you permanently.        I value your services and would not want you seeking another job. In fact I am hoping to give you a raise in 6 months.        Barnes did several things where his care was   felt to be dangerous to patients.    I don't think you practice the same type of Medicine.
I hope you make this your career and look forward to working with you for a long time.

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

CONFIDENTIAL
1/12/2019, 4:18 PM

# EXHIBIT F

CONFIDENTIAL

# EXHIBIT G

CONFIDENTIAL

# EXHIBIT H

CONFIDENTIAL

# EXHIBIT I

CONFIDENTIAL

9/25/15

Correctional Physician Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130


Dr. Steven Mannis,


This is my formal letter of resignation as independent contractor working for your medical group.

As per our contract, I am giving you 60 days notification. Therefore, on 11/30/2015, I am going to stop providing psychiatric services for the San Diego County Sheriff.

Should you have any questions, do not hesitate to call me. Thank you for your attention.


Sincerely,

Jorge Naranjo M.D.

CONFIDENTIAL

CONFIDENTIAL

Gmail - (no subject)                                      https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=...

 **Gmail**                            Steve Mannis <cpmedgroup@gmail.com>

**(no subject)**
5 messages

---

**Steve Mannis** <steve@cpmedgroup.com>                  Mon, Dec 7, 2015 at 11:31 AM
To: Jorge Naranjo <jnara@sbcglobal.net>

   Jorge,  I wanted to thank you for your dedication, treating, and serving patients all these years . I hope you are
   able to  find satisfaction in another work environment or enjoy some time off.  You are always welcome to do
   other shifts with us as well either at Central or other facilities.    Happy Holidays
   Steven Mannis M.D
   Correctional Physicians Medical Group, Inc.
   3525 Del Mar Heights Rd. Ste 231
   San Diego, CA 92130
   Tel: (858) 480-5276

---

**Jorge Naranjo** <jnara@sbcglobal.net>                  Mon, Dec 7, 2015 at 12:20 PM
To: Steve Mannis <steve@cpmedgroup.com>

   Hi steve,
   Thank you for the opportunity you gave me to be part of your medical group, and to cotinue to provide medical
   services for the Jails.
   Happy Holidays.
   Sincerely,
   Jorge

   Sent from my iPhone
   Jorge Naranjo M.D.
   [Quoted text hidden]

---

**Jorge Naranjo** <jnara@sbcglobal.net>                  Mon, Dec 21, 2015 at 8:30 AM
To: Steve Mannis <steve@cpmedgroup.com>

   Good morning Steve,
   The reason I'm sending you this email is because I have not receive my check for the Month of novemember,
   and I was wandering if I should wait until the end of the month.
   I did send my hours to your office at the begining of this month.
   Please let me know if you did not receive it, or if there is any problems.
   Sincerely,
   Jorge

   Sent from my iPhone
   Jorge Naranjo M.D.
   [Quoted text hidden]

---

**Steve Mannis** <steve@cpmedgroup.com>                  Mon, Dec 21, 2015 at 8:40 AM
To: Jorge Naranjo <jnara@sbcglobal.net>

   Hi Jorge,

1 of 2                                 **CONFIDENTIAL**                        1/12/2019, 4:31 PM

Payroll has been processed and you should receive your check or direct deposit by Wednesday, 12/23.  Please
let me know if you don't receive it by then and I will contact the payroll company.  Otherwise, have a happy
holiday.

Sincerely,

Claire Wilson

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

[Quoted text hidden]

---

**Jorge Naranjo** <jnara@sbcglobal.net>                          Mon, Dec 21, 2015 at 10:15 AM
To: Steve Mannis <steve@cpmedgroup.com>

Thank you

Sent from my iPhone
Jorge Naranjo M.D.
[Quoted text hidden]

CONFIDENTIAL

# EXHIBIT J

CONFIDENTIAL