**KJAR, McKENNA & STOCKALPER, LLP**
**ROBERT L. McKENNA III (SBN 166650)**
**KAYTEE V. COSTA (SBN 291513)**
**ALESSA R. JONAS (SBN 299161)**
**7711 Center Avenue, Suite 670**
**Huntington Beach, CA 92647**
**Telephone No. (657) 237-7533 / Facsimile No. (657) 237-7534**
**Attorneys for Defendant/Third-Party Defendant, JORGE NARANJO, M.D.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, and LYDIA NUNEZ<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity; BRUCE LEICHT, an individual; ALFRED JOSHUA, an individual; HARRY OREOL, an individual; KAYLA FISHER, an individual; MARCY MOON, an individual, and DOES 1-50<br><br>Defendants. | CASE NO.:  16-cv-1412-BEN-MDD<br><br>**SPECIAL VERDICT [PROPOSED]**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE: HON. ROGER T. BENITEZ<br>MAG. JUDGE: HON MITCHELL D. DEMBIN<br><br>Complaint Filed:      06/08/16<br>FAC Filed:          08/30/16<br>Third-Party Complaint Filed:    12/12/16<br>SAC Filed:         07/13/17<br>Trial Date:         06/04/19 |
| COUNTY OF SAN DIEGO, WILLIAM GORE, in his individual capacity; BRUCE LEICHT, an individual; and ALFRED JOSHUA, an individual;<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC., a California Corporation; JORGE NARANJO, an individual; and SARA HANSEN, an individual; and ROES 1 - 10,<br><br>Third-Party Defendants. | |

1        Defendant/Third-Party Defendant, JORGE NARANJO, M.D. and

2 Defendant/Third-Party Defendant, Correctional Physicians Medical Group, Inc.,

3 hereby jointly submit the attached proposed Special Verdict for use at trial.

4

5 DATED: May 14, 2019            KJAR, McKENNA & STOCKALPER,

6                                    LLP

7

8                             By: /s/ *Alessa R. Jonas*

8                                ROBERT L. McKENNA III

9                                KAYTEE V. COSTA

10                                ALESSA R. JONAS

                                   Attorneys for Defendant / Third-Party

11                                Defendant, JORGE NARANJO, M.D.

12

13 DATED: May 14, 2019            NEIL, DYMOTT, FRANK, MCFALL,

14                                    TREXLER, MCCABE &HUDSON

15

16                             By: /s/ *Elizabeth Harris*

16                                CLARK HUDSON

17                                ELIZABETH HARRIS

                                   Attorneys for Defendant / Third-Party

18                                Defendant, CORRECTIONAL

19                                PHYSICIANS MEDICAL GROUP,

20                                INC.

21

22

23

24

25

26

27

28

## CERTIFICATION

In compliance with section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify and attest that the content of this document is acceptable to all named counsel above and that I have obtained consent from counsel to affix their electronic signature to this document.


DATED:  May 14, 2019               KJAR, McKENNA & STOCKALPER, LLP


                                   By: /s/ *Alessa R. Jonas*
                                       ROBERT L. McKENNA III
                                       KAYTEE V. COSTA
                                       ALESSA R. JONAS
                                       Attorneys for Defendant / Third-Party
                                       Defendant, JORGE NARANJO, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, and LYDIA NUNEZ<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>Defendants. | CASE NO.:  16-cv-1412-BEN-MDD<br><br>**SPECIAL VERDICT** |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

**PART 1.    Violation of the Fourteenth Amendment Right to Medical Care (42 U.S.C. section 1983)**

**<u>Question No. 1:</u>**    Did Ruben Nunez have a serious medical need?

_____yes        _____no

*If you answered "yes" to Question No. 1, answer Question No. 2.  If you answered "no" to Question No. 1, go to Part 3.*

**Question No. 2:**     Do you find, by a preponderance of the evidence, that Jorge Naranjo, M.D. was deliberately indifferent to Ruben Nunez's serious medical need?

_____yes        _____no

*If you answered "yes" to Question No. 2, answer Question No. 3. If you answered "no" to Question No. 2, go to Part 3.*

**Question No. 3:**     Do you find, by a preponderance of the evidence, that Jorge Naranjo, M.D.'s conduct or lack of conduct with respect to Ruben Nunez's serious medical need was objectively unreasonable?

_____yes        _____no

*If you answered "yes" to Question No. 3, answer Question No. 4. If you answered "no" to Question No. 3, go to Part 3.*

**Question No. 4:**     Do you find, by a preponderance of the evidence, that Jorge Naranjo, M.D.'s deliberate indifference to Ruben Nunez's serious medical needs was a substantial factor in causing Ruben Nunez's death?

_____yes        _____no

*If you answered "yes" to Questions 1, 2, 3 and 4, go to Part 2.  If you answered "no" to any of Questions 1, 2, 3 or 4, skip Part 2 and go to Part 3.*

**PART 2.     Violation of Right of Association (42 U.S.C. section 1983)**

**Question No. 5:**     Do you find, by a preponderance of the evidence, that Jorge Naranjo, M.D.'s actions violated Lydia Nunez and Albert Nunez's right to familial relationships under the Fourteenth Amendment to the United States Constitution?

_____yes        _____no

*Go to Part 3.*

**PART 3.     Wrongful Death/Negligence**

    **Question No. 6:**   Was Jorge Naranjo, M.D., as the employee of Correctional Physicians Medical Group, Inc., negligent in the care and treatment of Ruben Nunez?

                    ____yes        ____no

    *If you answered "yes" to Question No. 6, answer Question No. 7.   If you answered "no" to Question No. 6, go to Part 4.*

    **Question No. 7:**    Was the negligence of Jorge Naranjo, M.D., as the employee of Correctional Physicians Medical Group, Inc., a substantial factor in causing Ruben Nunez's death?

                    ____yes        ____no

    *Go to Part 4.*

**PART 4.     Damages**

    *If you answered "yes" to Questions 1, 2, 3 and 4, answer Question 8.  If you answered "no" to Questions 1, 2, 3, or 4, skip Question 8 and go to Question 9.*

    **Question No. 8:**    What are the Estate of Ruben Nunez's damages?

    A.     Non-economic damages for the mental,

           physical and emotional pain and suffering

           experienced prior to death and loss of

           enjoyment of life.

           $_____

    *Go to Question 9.*

**<u>Question No. 9:</u>**     What are Lydia Nunez and Albert Nunez's damages?

*If you answered "yes" to Question 5, answer Question 9(A).   If you answered "no" to Question 5, skip Question 9(A) and go to Question 9(B).*

    A.    Non-economic damages for the loss
          of Ruben Nunez's love, affection,
          companionship, care, assistance,
          protection and moral support.
          $_____

*If you answered "yes" to Questions 6 and 7, answer Questions 9(B) and 9(C).   If you answered "no" to either Question 6 or 7, skip Questions 9(B) and 9(C).*

    B.    Non-economic damages for the loss of
          companionship, comfort, care, assistance,
          protection, society and moral support.
          $_____

    C.    Economic damages for funeral and
          burial expenses.
          $_____

*If you answered "yes" to Questions 1, 2, 3, and 4, or Question 5, answer Question 10.   If you answered "no" to Questions 1, 2, 3, or 4, or Question 5, answer no further questions and have the presiding juror sign and date this form.*

7

1

2      **Question 10:**     Do you find, by a preponderance of the evidence, that

3   Jorge Naranjo, M.D. acted with malice, oppression or reckless disregard for

4   Plaintiffs' rights?

5                    _____yes       _____no

6

7

8   Dated: _____, 2019            _____

9                                            Presiding Juror

10      **Please deliver this verdict form to the bailiff upon completion.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT [PROPOSED]

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2019, I electronically filed the following document **SPECIAL VERDICT [PROPOSED]** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served using the Southern District's CM/ECF system, as follows:

Eugene G. Iredale, Esq.                **Attorneys for Plaintiffs**
Julia Yoo, Esq.
Grace Jun, Esq.
Iredale & Yoo, APC
105 West "F" Street, Fourth Floor
San Diego, CA 92101
(619) 233-1525 / (619) 233-3221 – Fax
**E-mail: egiredale@yahoo.com**
**E-mail: jyoo@iredalelaw.com**
**E-mail:  gjun@iredalelaw.com**


Clark Hudson                      **Attorneys for Defendant,**
Elizabeth Harris                 **Correctional Physicians**
Neil, Dymott, Frank, McFall, Trexler,   **Medical Group**
McCabe &Hudson
110 West A. Street, Suite 1200
San Diego, CA 92101
(619) 238-2253 / (619) 238-1712 – Fax
**E-mail: chudson@neildymott.com**
**E-mail: eharris@neildymott.com**


Terrance Schafer, Esq.           **Attorneys for Defendant,**
Samuel Crockett, Esq.            **Dr. Hansen**
Doyle Schafer McMahon
8105 Irvine Center Drive, # 520
Irvine, CA 92618
(949) 727-7077 / (949) 727-1284 – Fax
**E-mail: tschafer@dsmllp.com**
**E-mail:** scrockett@dsmllp.com


Dated: May 14, 2019            By:  */s/Laurie Baker*
                                  LAURIE BAKER