UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, and LYDIA NUNEZ,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:16-cv-01412-BEN-MDD<br><br>**ORDER CONTINUING TRIAL DATE AND SETTING FINAL PRETRIAL CONFERENCE** |

　　　The June 4, 2019 trial date is hereby vacated and continued to **June 10, 2019 at 9:30 a.m.**  In addition, the parties are ordered to appear for a final pretrial conference on **May 29, 2019 at 10:30 a.m.**

　　　**IT IS SO ORDERED.**

DATED: May 23, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　United States District Judge