1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUBEN NUNEZ by and through its successor-in-interest LYDIA NUNEZ, ALBERT NUNEZ, and LYDIA NUNEZ<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity; BRUCE LEICHT, an individual; ALFRED JOSHUA, an individual; HARRY OREOL, an individual; KAYLA FISHER, an individual; MARCY MOON, an individual, and DOES 1-50<br><br>Defendants. | CASE NO.:  16-cv-1412-BEN-MDD<br><br>**ORDER OF DISMISSAL OF DR. JORGE NARANJO**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE: HON. ROGER T. BENITEZ<br>MAG. JUDGE: HON MITCHELL D. DEMBIN<br><br>Complaint Filed:          06/08/16<br>FAC Filed:                   08/30/16<br>Third-Party Complaint Filed:  12/12/16<br>SAC Filed:                   07/13/17<br>Trial Date:                  06/10/19 |
| COUNTY OF SAN DIEGO, WILLIAM GORE, in his individual capacity; BRUCE LEICHT, an individual; and ALFRED JOSHUA, an individual;<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC., a California Corporation; JORGE NARANJO, an individual; and SARA HANSEN, an individual; and ROES 1 - 10,<br><br>Third-Party Defendants. | |

1
ORDER OF DISMISSAL OF DR. JORGE NARANJO

1   Pursuant to the Oral Motion to Dismiss party Dr. Jorge Naranjo granted at
2   the Final Pre-Trial Conference held on May 31, 2019, it is hereby ordered that
3   Dr. Jorge Naranjo is dismissed with prejudice from all claims and causes of action,
4   with each party to bear its own attorney's fees and costs.
5   **IT IS SO ORDERED.**
    Dated:  June 3, 2019
6
7   _____
    Hon. Roger T. Benitez
8   United States District Judge