# EXHIBIT 4



**Neil Dymott**
A T T O R N E Y S

Neil, Dymott, Frank, McCabe & Hudson
A Professional Law Corporation
110 West A Street, Suite 1200
San Diego, CA 92101
P 619.238.1712
F 619.238.1562
www.neildymott.com

Clark R. Hudson
Direct 619.238.2229
chudson@neildymott.com

San Diego • Palm Desert

February 1, 2019

Eugene G. Iredale, Esq.
Julia Yoo, Esq.
IREDALE & YOO, APC
105 West F Street, 4th Floor
San Diego, CA 92101

Re:    Case Name:    *Nunez v. County of San Diego, et al.*
        Court Case No.:    16cv1412-BEN(MDD)
------------------------------------------------------------------------------------------------------------

Dear Mr. Iredale and Ms. Yoo:

    Per your January 30, 2019 letter, enclosed please find CPMG's amended document production for *Supplemental* Responses to Plaintiffs' Request for Production of Documents (Set One). These include the e-mails previously produced, but now with all original content for each e-mail. Please note, Exhibit B now includes both the original and revised 9/21/2016 Meeting Summary. The additional redaction on the last page of Exhibit H was made to redact privileged e-mail correspondence between Dr. Mannis and my office.

    As with the documents previously produced in this case, these documents have been marked "CONFIDENTIAL," are subject to the Amended Protective Order [ECF No. 55], and can be used only for the purposes of this litigation and not disclosed or disseminated for any other purpose. Thank you for your professional courtesy and cooperation.

    Very truly yours,

    Neil, Dymott, Frank, McCabe
    & Hudson APLC

    Elizabeth A. Harris

EAH:hd
Enclosures



MEMBER, INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS  PRIMERUS

**EXHIBIT 4 - 001**

Gmail - JIMS diagnosis issue                                     https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

 Gmail                                      **Steve Mannis <cpmedgroup@gmail.com>**

## JIMS diagnosis issue
1 message

**Sanjay S. Rao <ssraomd@gmail.com>**                           **Tue, May 12, 2015 at 1:19 PM**
To: "Andersen, Claire" <candersen@rchsd.org>, "Brantman, Annie" <abrantman@gmail.com>, Celeste Kehoe
<celeste.shamel@yahoo.com>, Chaitanya Pabbati <cpabbati@gmail.com>, "Compagnone, Mariana"
<mcompagnone@rchsd.org>, "Daniels, Amanda" <amandadanielsnp@gmail.com>, "Ellis, Deborah"
<deborahruth53@gmail.com>, Ernest De Guzman <akamaipsychmed@gmail.com>, "Gallardo, Andrea"
<angallardo@ucsd.edu>, Gregory Paniccia <panicciag@synergyescondido.com>, Janna Larson
<jannalarsonmd@gmail.com>, Jonathon Howlett <jhowlett@ucsd.edu>, Jorge Naranjo <jnara@sbcglobal.net>, Josh
Tartaglione <joshua.tartaglione@gmail.com>, Katharine Dixon <kndixon@hotmail.com>, Kathryn Langham
<klangham@rchsd.org>, Kenneth Richter <drkerjr@mac.com>, Kristy Lamb <kalamb@ucsd.edu>, "Larson, David"
<davemlarson@gmail.com>, Louis Fontana <lfontanamd@gmail.com>, Majid Naficy <drmajidnaficy@gmail.com>, Maria
Court <carolinakaylen@gmail.com>, "Monroe, Michael" <phdmonroe@gmail.com>, Natalie Do <natalieTdo@gmail.com>,
Natasha Swarovski <nsvorovski@yahoo.com>, Nicolas Badre <nicolas.badre@gmail.com>, Rachel Robitz
<rachel.robitz@gmail.com>, Ramin Shahla <ramael2001@yahoo.com>, Richard Rappaport
<witness@psychexpert.com>, Ricki-Leigh Malaguti <rleigh12@gmail.com>, "Salahi, Ryan" <ryansalahi@gmail.com>,
**Sara Hansen <saramhansen@gmail.com>,** Shawn Barnes <barn2243@yahoo.com>, "Small, Christian"
<csmall@ucsd.edu>, "Swain, Nubia" <nswainmd10@gmail.com>, Steve Mannis <steve@cpmedgroup.com>

Dear Colleagues,

I just wanted to bring to your attention the "current problems" section of a patient's current summary page in JIMS.

In the past, anytime there was a new diagnosis made for a patient during a specific booking period, that diagnosis was
added to the "current problems" section of a patient's current summary page. (Adding a diagnosis is rather simple to
do, after clicking on "physician order entry" from current summary page, you will see at the bottom of the "MD Notes"
tab the option to "add" or "delete" a "problem code.")

By adhering to this practice, it can provide a valuable snapshot of active pathology that is being considered in a
particular patient during a particular detention period.

Kindly, please consider taking a moment during your JIMS documentation to review the "current problems" section
and update it as necessary.

Let me know your thoughts on this issue.

Thanks,
S. Rao

CONFIDENTIAL

**EXHIBIT 4 - 002**

## MEDICAL SERVICES DIVISION (MSD)

### PSYCHIATRIC MEDICATION FOLLOW-UP DOCUMENTATION

**Reviewer Name:** _Leiro, Badre, Redburn_      **Date:** _01/2016_

**Provider Name:** _Naranjo / Hansen_

**Information Reviewed:** (i.e. Physician Treatment Guideline for Prescribing Psychotropic Medication in Jail, specify medication involved)

_D/p (RN) death related to, Hoo intox._

**Issues Addressed:**

_(1) DSH D/c Summaries Need to be Reviewed by MD's + RN's both_

**Comments:**

_Was not Scrnewed by MD_

**Describe Follow-Up Communication:**

_MD resigned_

**CONFIDENTIAL**

EXHIBIT 4 - 003

**Correctional Physicians Medical Group**
**Journal Club**
**Meeting Minutes**
**Tuesday, January 12th, 2016: 7:00p-9:30p**

**Attendance:**  Randolph Noble, MD, Nicolas Badre, MD, Louis Fontana, MD, Theresa Chen, MD, Sandra Lim, DO, Ernest DeGuzman, MD, Laura Wakil, MD, Michael, Monroe, PHD, Kenneth Richter, MD, Anne Brantman, NP, Sanjay Rao, MD

**First Meeting of 2016**

**New Business:**

1. **Quality Assurance/ Quality Improvement**

**Training/ Policies and Procedures**

   a) Sanjay Rao, MD
   b) Nicolas Badre, MD

2. **Case Discussion**

   a) **Case #1:**
      **Hyponatremia and Polydipsia**

   b) ███████

   c) ███████

3. **Codes**

   a) 5150, 5250, 5270, TCon, PCon
   b) 1370 or 1370.01 restore to competency

4. **Orders**

   a) PSU/WPSU

**Updates:**
N/A

Next meeting will take place in May 2016.

**CONFIDENTIAL**
**EXHIBIT 4 - 004**

# M Gmail

**Steven Mannis <shmannis@gmail.com>**

## Psych Provider termination
26 messages

**Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org>**                  Wed, Aug 17, 2016 at 9:19 AM
To: "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>

Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B█████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank you.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

---

**Steven Mannis <shmannis@gmail.com>**                              Wed, Aug 17, 2016 at 12:11 PM
To: Steve Mannis <cpmedgroup@gmail.com>

---------- Forwarded message ----------
From: **Joshua, Alfred (MD)** <Alfred.Joshua@sdsheriff.org>
Date: Wed, Aug 17, 2016 at 9:19 AM
Subject: Psych Provider termination
To: "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>

Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B█████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank you.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

--
Steve

---

**Steven Mannis <shmannis@gmail.com>**                              Wed, Aug 17, 2016 at 12:20 PM
To: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
Cc: "barbara.lee@sdsheriff." <Barbara.Lee@sdsheriff.org>

Hello Dr. Joshua,

I am in receipt of your email.  I am working now to remove Dr. B███ from the schedule. I will assume that you intend for this change to be effective immediately. I did want to let you know that Steve will be out of town until August 25th

**CONFIDENTIAL**
**EXHIBIT 4 - 005**

and unavailable to discuss this issue until then.  I will make sure that he gets in touch with you as soon as he returns.
In the interim, please don't hesitate to get in touch with me with any questions or needs.

Best,

Claire Wilson


On Wed, Aug 17, 2016 at 9:19 AM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B█████ by other
> psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as
> productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase
> adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr.
> B█████ and feel he is dangerous with his clinical approach. Please remove Dr. B█████ from the schedule. Thank
> you.
>
> Alfred Joshua MD, MBA, FAAEM
> Chief Medical Officer, Sheriff's Department
> San Diego County



--
Steve

---

**Steven Mannis** <shmannis@gmail.com>                                    Wed, Aug 17, 2016 at 12:34 PM
To: "Sanjay S. Rao" <ssraomd@gmail.com>, Nicolas Badre <nicolas.badre@gmail.com>

Can you please review dr B█████ charts  And find out what the issue is ASAP.  Thanks.   Let me know

Sent from my iPhone

Begin forwarded message:

> **From:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
> **Date:** August 17, 2016 at 7:19:53 PM GMT+3
> **To:** "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
> **Cc:** "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
> **Subject: Psych Provider termination**
>
> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B█████ by other
> psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as
> productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase
> adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr.
> B█████ and feel he is dangerous with his clinical approach. Please remove Dr. B█████ from the schedule. Thank
> you.
>
> Alfred Joshua MD, MBA, FAAEM
> Chief Medical Officer, Sheriff's Department
> San Diego County

---

**Steven Mannis** <shmannis@gmail.com>                                    Wed, Aug 17, 2016 at 12:39 PM
To: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
Cc: "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>

**CONFIDENTIAL**

I will need more details before I remove him.   I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care

Sent from my iPhone

> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>
> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B███ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B███ and feel he is dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank you.
>
> Alfred Joshua MD, MBA, FAAEM
> Chief Medical Officer, Sheriff's Department
> San Diego County

---

**Steven Mannis** <shmannis@gmail.com>                    Wed, Aug 17, 2016 at 12:51 PM
To: Anne Redburn <Anne.E.Redburn@alumni.dmu.edu>

Anne. Have there been any issues that you are aware of?

Sent from my iPhone

Begin forwarded message:

**From:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
**Date:** August 17, 2016 at 7:19:53 PM GMT+3
**To:** "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
**Cc:** "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
**Subject: Psych Provider termination**

Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B███ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B███ and feel he is dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank you.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

---

**Redburn, Anne E** <Anne.E.Redburn@alumni.dmu.edu>                    Wed, Aug 17, 2016 at 1:03 PM
To: Steven Mannis <shmannis@gmail.com>

Hi Dr. Mannis.  I only know what I hear from other providers and staff since I haven't worked directly with Dr. B███  He does seem to see a lot of patients and appears to be efficient, and he seems to want to reduce unnecessary medication use at the jails, but I've heard from others in our group that he stops non-abusive medications unnecessarily, has blocked a PSU admit for a suicidal patient, and will schedule follow up in clinic 12 weeks out. I've heard that nursing staff have been unhappy with him as well.

**CONFIDENTIAL**

**EXHIBIT 4 - 007**

Let me know if I can help in any way.


Anne

---

**From:** Steven Mannis <shmannis@gmail.com>
**Sent:** Wednesday, August 17, 2016 12:51 PM
**To:** Redburn, Anne E
**Subject:** Fwd: Psych Provider termination

Anne. Have there been any issues that you are aware of?

Sent from my iPhone

Begin forwarded message:

> **From:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
> **Date:** August 17, 2016 at 7:19:53 PM GMT+3
> **To:** "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com"
> <steve@cpmedgroup.com>
> **Cc:** "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
> **Subject: Psych Provider termination**
>
> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr.
> B███ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in
> 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of
> medications, interactions with inmates that increase adverse events, and lack of time spent
> with patients. There are a number of individuals who have observed Dr. B███ and feel he is
> dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank
> you.
>
> Alfred Joshua MD, MBA, FAAEM
> Chief Medical Officer, Sheriff's Department
> San Diego County

---

Sanjay S. Rao <ssraomd@gmail.com>                                    Wed, Aug 17, 2016 at 1:17 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: Nicolas Badre <nicolas.badre@gmail.com>

I consulted with regular providers at Las Colinas and reviewed some charts of Dr. B███ The quality issues that Dr. Joshua referenced about Dr. B███ are true, unfortunately.

**CONFIDENTIAL**

Let me kif there is anything else I can do.

Thanks,
S. Rao, MD

On Wed, Aug 17, 2016 at 12:34 PM, Steven Mannis <shmannis@gmail.com> wrote:
Can you please review dr B████ charts   And find out what the issue is ASAP.   Thanks.   Let me know

Sent from my iPhone

Begin forwarded message:

> **From:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
> **Date:** August 17, 2016 at 7:19:53 PM GMT+3
> **To:** "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
> **Cc:** "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
> **Subject: Psych Provider termination**

> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.

> Alfred Joshua MD, MBA, FAAEM
> Chief Medical Officer, Sheriff's Department
> San Diego County

---

**Joshua, Alfred (MD)** <Alfred.Joshua@sdsheriff.org>                    Wed, Aug 17, 2016 at 1:27 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>

I want to clarify that you are stating you will not be removing him based on the information you receive.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>
> I will need more details before I remove him.   I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
>
> Sent from my iPhone
>
>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>
>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is

**CONFIDENTIAL**

**EXHIBIT 4 - 009**

dangerous with his clinical approach. Please remove Dr. B█████ from the schedule. Thank you.
>>
>> Alfred Joshua MD, MBA, FAAEM
>> Chief Medical Officer, Sheriff's Department
>> San Diego County

**Joshua, Alfred (MD)** <Alfred.Joshua@sdsheriff.org>                    Wed, Aug 17, 2016 at 1:38 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>, "Abellar, Jose"
<Jose.Abellar@sdsheriff.org>

I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care
issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect
the Sheriff's department. I believe you are confusing productivity for quality as evidenced by the QA/QI report which
did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of
standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not
hesitate to take actions unilaterally based on the failure to correct clinical care issues.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>
> I will need more details before I remove him.  I am out of town until the 26th.  Please contact dr Rao so we may
address and discuss his patient care
>
> Sent from my iPhone
>
>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>
>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other
psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive,
the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events,
and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is
dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>
>> Alfred Joshua MD, MBA, FAAEM
>> Chief Medical Officer, Sheriff's Department
>> San Diego County

---

**Steven Mannis** <shmannis@gmail.com>                                   Wed, Aug 17, 2016 at 1:59 PM
To: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
Cc: "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>, "Abellar, Jose"
<Jose.Abellar@sdsheriff.org>
Bcc: ssraomd@gmail.com, nicolas.badre@gmail.com

Tonight will be his last shift then. He will be removed from all other shifts. It is impossible to review every single
psychiatrist chart. If there are complaints or concerns about a provider my director and I need to know about these
immediately so we can review these charts for quality assurance and improvement purposes. This is the first I've
heard of complaints about Dr. B████

Sent from my iPhone

> On Aug 17, 2016, at 11:38 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>
> I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care

**CONFIDENTIAL**

issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect the Sheriff's department. I believe you are confusing productivity for quality as evidenced by the QA/QI report which did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not hesitate to take actions unilaterally based on the failure to correct clinical care issues.

\>
\> Alfred Joshua MD, MBA, FAAEM
\> Chief Medical Officer, Sheriff's Department
\> San Diego County
\>
\>\> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
\>\>
\>\> I will need more details before I remove him.   I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
\>\>
\>\> Sent from my iPhone
\>\>
\>\>\> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
\>\>\>
\>\>\> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B███ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B███ and feel he is dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank you.
\>\>\>
\>\>\> Alfred Joshua MD, MBA, FAAEM
\>\>\> Chief Medical Officer, Sheriff's Department
\>\>\> San Diego County

**Steven Mannis <shmannis@gmail.com>**                                         **Wed, Aug 17, 2016 at 2:21 PM**
To: "Sanjay S. Rao" <ssraomd@gmail.com>
Cc: Nicolas Badre <nicolas.badre@gmail.com>

I just sent him an email explaining the decision to terminate him . tonight will be his last shift . I am unable to call as I am out of the country so please call him as well to explain the quality of care issues and complaints and the reason is being terminated. I would think that we could sit down with him and change some of his management of patients but Dr. Joshua is insisting that he be terminated.  Thank you .I hope you're working on the QA QI for this upcoming quarter to meet Dr. Joshua's expectations.  I will be back in town next week

Sent from my iPhone

On Aug 17, 2016, at 11:17 PM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

> I consulted with regular providers at Las Colinas and reviewed some charts of Dr. B███  The quality issues that Dr. Joshua referenced about Dr. B███ are true, unfortunately.
>
> Let me kif there is anything else I can do.
>
> Thanks,
> S. Rao, MD
>
>
> On Wed, Aug 17, 2016 at 12:34 PM, Steven Mannis <shmannis@gmail.com> wrote:
>> Can you please review dr B███ charts  And find out what the issue is ASAP.  Thanks.  Let me know
>>
>> Sent from my iPhone

**CONFIDENTIAL**

**EXHIBIT 4 - 011**

1/31/2019, 1:56 PM

Begin forwarded message:

**From:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
**Date:** August 17, 2016 at 7:19:53 PM GMT+3
**To:** "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
**Cc:** "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
**Subject: Psych Provider termination**

Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B██████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B██████ and feel he is dangerous with his clinical approach. Please remove Dr. B██████ from the schedule. Thank you.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

---

**Joshua, Alfred (MD)** <Alfred.Joshua@sdsheriff.org>                    Wed, Aug 17, 2016 at 2:24 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>, "Abellar, Jose" <Jose.Abellar@sdsheriff.org>

I apologize for the bluntness but what you are asking for is the responsibility of CPMG. In our other contracts, the owner of the contract acts as the medical director or designates a medical director that reviews the performance of all their providers for quality of care and productivity and has constant communication with facilities so it is reviewed on an ongoing basis. There is a proactive effort to provide the best service, create an infrastructure to monitor own staff, minimize adverse events and provide solutions. This has not been happening with CPMG. CPMG is acting as if the providers have the contractual benefits of Sheriff's employees. The reason we contracted for mental health providers vs. hiring psychiatrists directly is because we wanted a group with expertise in mental health who can provide the best clinical care to patients across our system. You have not empowered your medical directors to execute on holding psychiatrists accountable for quality and productivity. As a result, Barbara and I have had to do your job. Your own medical directors have stated to us that they do not have the ability to hold providers accountable. This is deeply concerning. The future of mental health in the Sheriff's department requires full time psychiatrists and Nurse Practitioners who have ownership of facility and quality and productivity is strictly maintained by the owner directly or by designee. The current environment in corrections does not afford us the luxury of having a staffing or locums model which it appears is CPMG's model.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

> On Aug 17, 2016, at 1:59 PM, Steven Mannis <shmannis@gmail.com> wrote:
>
> Tonight will be his last shift then. He will be removed from all other shifts. It is impossible to review every single psychiatrist chart. If there are complaints or concerns about a provider my director and I need to know about these immediately so we we can review these charts for quality assurance and improvement purposes. This is the first I've heard of complaints about Dr. B██████
>
> Sent from my iPhone
>
>> On Aug 17, 2016, at 11:38 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>

**CONFIDENTIAL**

**EXHIBIT 4 - 012**

Gmail - Psych Provider termination

https://mail.google.com/mail/u/0?ik=877cd481b7&view=pt&search=all...

>> I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect the Sheriff's department. I believe you are confusing productivity for quality as evidenced by the QA/QI report which did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not hesitate to take actions unilaterally based on the failure to correct clinical care issues.
>>
>> Alfred Joshua MD, MBA, FAAEM
>> Chief Medical Officer, Sheriff's Department
>> San Diego County
>>
>>> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>>
>>> I will need more details before I remove him.  I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>
>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B█████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B███████ and feel he is dangerous with his clinical approach. Please remove Dr. B█████ from the schedule. Thank you.
>>>>
>>>> Alfred Joshua MD, MBA, FAAEM
>>>> Chief Medical Officer, Sheriff's Department
>>>> San Diego County

---

**Lee, Barbara** <Barbara.Lee@sdsheriff.org>                                    Wed, Aug 17, 2016 at 2:26 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Abellar, Jose" <Jose.Abellar@sdsheriff.org>

Dr. Mannis,

Dr. Rao has been involved with issues related to Dr. B█████  To be frank and as I shared this with you during our phone conversation last week, Dr. Rao and Dr. Badre have expressed that any concerns they have related to provider(s) have fallen on deaf ears.  You allegedly have not given them autonomy to make decisions about providers and therefore, any corrective action that needs to happen does not happen and not enforced.  The providers are generally operating as independent contractors with little regard for our department's mission.  I am told that some are unaware of what that is as you are allegedly not meeting or communicating with them as a group.  It is important we have a meeting with the providers after you return from vacation so we can have these discussions.  I also ask that you please make certain there are no pharmaceutical representatives invited to that meeting especially if County staff are to be present. Let's work together to improve our mental health program.  We want our providers committed not only towards productivity, but also towards an enhanced quality of care environment.

Please let me know if you have any questions.  Talk to you soon.

Barbara

> On Aug 17, 2016, at 1:59 PM, Steven Mannis <shmannis@gmail.com> wrote:
>
> Tonight will be his last shift then. He will be removed from all other shifts. It is impossible to review every single psychiatrist chart. If there are complaints or concerns about a provider my director and I need to know about these immediately so we we can review these charts for quality assurance and improvement purposes. This is the first I've

**CONFIDENTIAL**

**EXHIBIT 4 - 013**

1/31/2019, 1:56 PM

heard of complaints about Dr. B████
>
> Sent from my iPhone
>
>> On Aug 17, 2016, at 11:38 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>
>> I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care
issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect
the Sheriff's department. I believe you are confusing productivity for quality as evidenced by the QA/QI report which
did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of
standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not
hesitate to take actions unilaterally based on the failure to correct clinical care issues.
>>
>> Alfred Joshua MD, MBA, FAAEM
>> Chief Medical Officer, Sheriff's Department
>> San Diego County
>>
>>> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>>
>>> I will need more details before I remove him.  I am out of town until the 26th.  Please contact dr Rao so we may
address and discuss his patient care
>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>
>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other
psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive,
the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events,
and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is
dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>>>
>>>> Alfred Joshua MD, MBA, FAAEM
>>>> Chief Medical Officer, Sheriff's Department
>>>> San Diego County

---

**Steven Mannis <shmannis@gmail.com>**                    Wed, Aug 17, 2016 at 11:08 PM
To: "Sanjay S. Rao" <ssraomd@gmail.com>
Cc: Nicolas Badre <nicolas.badre@gmail.com>

Apparently this has been going on for a while and I have not heard about any issues .you and Nico do have the power
to make providers accountable for their care.if you want some one dismissed for their poor quality of care I can
dismiss them or give them less shifts. you just need to let me know what actions you want taken.  We have to be
proactive in our care  but I need communication between you two and me

Sent from my iPhone

On Aug 17, 2016, at 11:17 PM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

> I consulted with regular providers at Las Colinas and reviewed some charts of Dr. B████  The quality issues that
> Dr. Joshua referenced about Dr. B████ are true, unfortunately.
>
> Let me kif there is anything else I can do.
>
> Thanks,
> S. Rao, MD

**CONFIDENTIAL**

**EXHIBIT 4 - 014**

Gmail - Psych Provider termination                    https://mail.google.com/mail/u/0?ik=877cd481b7&view=pt&search=all...

On Wed, Aug 17, 2016 at 12:34 PM, Steven Mannis <shmannis@gmail.com> wrote:
Can you please review dr B███ charts  And find out what the issue is ASAP.  Thanks.  Let me know

Sent from my iPhone

Begin forwarded message:

**From:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
**Date:** August 17, 2016 at 7:19:53 PM GMT+3
**To:** "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com"
<steve@cpmedgroup.com>
**Cc:** "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
**Subject: Psych Provider termination**

Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B███ by
other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can
be seen as productive, the quality issues deal with abrupt changes of medications, interactions with
inmates that increase adverse events, and lack of time spent with patients. There are a number of
individuals who have observed Dr. B███ and feel he is dangerous with his clinical approach.
Please remove Dr. B███ from the schedule. Thank you.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

**Steven Mannis** <shmannis@gmail.com>                                    Wed, Aug 17, 2016 at 11:28 PM
To: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>,
"Abellar, Jose" <Jose.Abellar@sdsheriff.org>

This is not completely true as Dr. Naranjo and Dr. ██████ are no longer working because they did not meet the
standards of Cpmg  The group we have now is committed to high quality of care I'm happy to work together and will
not have any pharmaceutical representatives at the next meeting

Sent from my iPhone

> On Aug 18, 2016, at 12:26 AM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:
>
> Dr. Mannis,
>
> Dr. Rao has been involved with issues related to Dr. B███  To be frank and as I shared this with you during our
phone conversation last week, Dr. Rao and Dr. Badre have expressed that any concerns they have related to
provider(s) have fallen on deaf ears. You allegedly have not given them autonomy to make decisions about providers
and therefore, any corrective action that needs to happen does not happen and not enforced.  The providers are
generally operating as independent contractors with little regard for our department's mission.  I am told that some are
unaware of what that is as you are allegedly not meeting or communicating with them as a group.  It is important we
have a meeting with the providers after you return from vacation so we can have these discussions.  I also ask that
you please make certain there are no pharmaceutical representatives invited to that meeting especially if County staff
are to be present. Let's work together to improve our mental health program.  We want our providers committed not
only towards productivity, but also towards an enhanced quality of care environment.
>
> Please let me know if you have any questions.  Talk to you soon.
>
> Barbara

CONFIDENTIAL

**EXHIBIT 4 - 015**

https://mail.google.com/mail/u/0?ik=877cd481b7&view=pt&search=all...

>
>> On Aug 17, 2016, at 1:59 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>
>> Tonight will be his last shift then. He will be removed from all other shifts. It is impossible to review every single psychiatrist chart. If there are complaints or concerns about a provider my director and I need to know about these immediately so we we can review these charts for quality assurance and improvement purposes. This is the first I've heard of complaints about Dr. B███
>>
>> Sent from my iPhone
>>
>>> On Aug 17, 2016, at 11:38 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>
>>> I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect the Sheriff's department. I believe you are confusing productivity as quality as evidenced by the QA/QI report which did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not hesitate to take actions unilaterally based on the failure to correct clinical care issues.
>>>
>>> Alfred Joshua MD, MBA, FAAEM
>>> Chief Medical Officer, Sheriff's Department
>>> San Diego County
>>>
>>>> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>>>
>>>> I will need more details before I remove him.   I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>>
>>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B███ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B███ and feel he is dangerous with his clinical approach. Please remove Dr. B███ from the schedule. Thank you.
>>>>>
>>>>> Alfred Joshua MD, MBA, FAAEM
>>>>> Chief Medical Officer, Sheriff's Department
>>>>> San Diego County

---

**Sanjay S. Rao** <ssraomd@gmail.com>                                    Wed, Aug 17, 2016 at 11:51 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: Nicolas Badre <nicolas.badre@gmail.com>

Steve,
Did you check your voicemail about a week ago?  I called and left a message about B███ as soon as I heard about an issue with him, which was the first time I heard anything myself.

On Wed, Aug 17, 2016 at 11:08 PM, Steven Mannis <shmannis@gmail.com> wrote:
Apparently this has been going on for a while and I have not heard about any issues .you and Nico do have the power to make providers accountable for their care.if you want some one dismissed for their poor quality of care I can dismiss them or give them less shifts. you just need to let me know what actions you want taken.  We have to be proactive in our care  but I need communication between you two and me

**CONFIDENTIAL**

**EXHIBIT 4 - 016**

1/31/2019, 1:56 PM

Sent from my iPhone

On Aug 17, 2016, at 11:17 PM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

> I consulted with regular providers at Las Colinas and reviewed some charts of Dr. █████ The quality issues that Dr. Joshua referenced about Dr. B████ are true, unfortunately.
>
> Let me kif there is anything else I can do.
>
> Thanks,
> S. Rao, MD
>
>
> On Wed, Aug 17, 2016 at 12:34 PM, Steven Mannis <shmannis@gmail.com> wrote:
>> Can you please review dr B████ charts  And find out what the issue is ASAP.  Thanks.  Let me know
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> From: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
>>> Date: August 17, 2016 at 7:19:53 PM GMT+3
>>> To: "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
>>> Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
>>> Subject: Psych Provider termination
>>>
>>>
>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>>
>>> Alfred Joshua MD, MBA, FAAEM
>>> Chief Medical Officer, Sheriff's Department
>>> San Diego County

---

Steven Mannis <shmannis@gmail.com>                    Thu, Aug 18, 2016 at 10:59 AM
To: "Sanjay S. Rao" <ssraomd@gmail.com>
Cc: Nicolas Badre <nicolas.badre@gmail.com>

I did not get the message.  We will all get together when I return to go over Qi QA issues

Sent from my iPhone

On Aug 18, 2016, at 9:51 AM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

> Steve,
> Did you check your voicemail about a week ago?  I called and left a message about B████ as soon as I heard

**CONFIDENTIAL**
**EXHIBIT 4 - 017**

about an issue with him, which was the first time I heard anything myself.

On Wed, Aug 17, 2016 at 11:08 PM, Steven Mannis <shmannis@gmail.com> wrote:
Apparently this has been going on for a while and I have not heard about any issues .you and Nico do have the power to make providers accountable for their care.if you want some one dismissed for their poor quality of care I can dismiss them or give them less shifts. you just need to let me know what actions you want taken.  We have to be proactive in our care  but I need communication between you two and me

Sent from my iPhone

On Aug 17, 2016, at 11:17 PM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

> I consulted with regular providers at Las Colinas and reviewed some charts of Dr. B█████   The quality issues that Dr. Joshua referenced about Dr. B████ are true, unfortunately.
>
> Let me kif there is anything else I can do.
>
> Thanks,
> S. Rao, MD
>
>
> On Wed, Aug 17, 2016 at 12:34 PM, Steven Mannis <shmannis@gmail.com> wrote:
> Can you please review dr B████ charts  And find out what the issue is ASAP.  Thanks.  Let me know
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
>> Date: August 17, 2016 at 7:19:53 PM GMT+3
>> To: "shmannis@gmail.com" <shmannis@gmail.com>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>
>> Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
>> Subject: Psych Provider termination
>>
>>
>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>
>> Alfred Joshua MD, MBA, FAAEM
>> Chief Medical Officer, Sheriff's Department
>> San Diego County

---

**Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org>**                    Tue, Aug 23, 2016 at 9:59 AM
To: Steven Mannis <shmannis@gmail.com>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
Cc: "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Abellar, Jose" <Jose.Abellar@sdsheriff.org>

CONFIDENTIAL

**EXHIBIT 4 - 018**

Gmail - Psych Provider termination                                    https://mail.google.com/mail/u/0?ik=877cd481b7&view=pt&search=all...

Hi Dr. Mannis, I don't know if you saw this article yesterday. In both suicides and the water intoxication death, CPMG providers had seen the inmate/patient and it was based on their clinical judgment that the inmate was not placed in the inmate safety program, PSU, or a special alert placed on a previous diagnosis. Again this speaks to the quality of training and the providers CPMG has assembled for the Sheriff's department. Your own psychiatrists have stated that you do not empower them to ensure quality. As you can clearly see, CPMG has put the Sheriff's department at risk with the lack of clinical quality assurance and training.

https://ww2.kqed.org/news/2016/08/22/when-jail-becomes-a-death-sentence/

Alfred A. Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

-----Original Message-----
From: Steven Mannis [mailto:shmannis@gmail.com]
Sent: Wednesday, August 17, 2016 11:31 PM
To: Lee, Barbara
Cc: Joshua, Alfred (MD); steve@cpmedgroup.com; Abellar, Jose
Subject: Re: Psych Provider termination

This is not completely true as Dr. Naranjo and Dr. ███████ are no longer working because they did not meet the standards of Cpmg   The group we have now is committed to high quality of care I'm happy to work together and will not have any pharmaceutical representatives at the next meeting

Sent from my iPhone

> On Aug 18, 2016, at 12:26 AM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:
>
> Dr. Mannis,
>
> Dr. Rao has been involved with issues related to Dr. B███   To be frank and as I shared this with you during our phone conversation last week, Dr. Rao and Dr. Badre have expressed that any concerns they have related to provider(s) have fallen on deaf ears.  You allegedly have not given them autonomy to make decisions about providers and therefore, any corrective action that needs to happen does not happen and not enforced.  The providers are generally operating as independent contractors with little regard for our department's mission.  I am told that some are unaware of what that is as you are allegedly not meeting or communicating with them as a group.  It is important we have a meeting with the providers after you return from vacation so we can have these discussions.  I also ask that you please make certain there are no pharmaceutical representatives invited to that meeting especially if County staff are to be present. Let's work together to improve our mental health program.  We want our providers committed not only towards productivity, but also towards an enhanced quality of care environment.
>
> Please let me know if you have any questions.  Talk to you soon.
>
> Barbara
>
>> On Aug 17, 2016, at 1:59 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>
>> Tonight will be his last shift then. He will be removed from all other shifts. It is impossible to review every single psychiatrist chart. If there are complaints or concerns about a provider my director and I need to know about these immediately so we we can review these charts for quality assurance and improvement purposes. This is the first I've heard of complaints about Dr. B███
>>
>> Sent from my iPhone
>>
>>> On Aug 17, 2016, at 11:38 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>

>>> I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect the Sheriff's department. I believe you are confusing productivity for quality as evidenced by the QA/QI report which did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not hesitate to take actions unilaterally based on the failure to correct clinical care issues.
>>>
>>> Alfred Joshua MD, MBA, FAAEM
>>> Chief Medical Officer, Sheriff's Department San Diego County
>>>
>>>> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>>>
>>>> I will need more details before I remove him.  I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>>
>>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>>>>
>>>>> Alfred Joshua MD, MBA, FAAEM
>>>>> Chief Medical Officer, Sheriff's Department San Diego County

---

**Steven Mannis** <shmannis@gmail.com>                                        Fri, Aug 26, 2016 at 3:28 PM
To: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>
Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Abellar, Jose" <Jose.Abellar@sdsheriff.org>
Bcc: Nicolas Badre <nicolas.badre@gmail.com>, "Sanjay S. Rao" <ssraomd@gmail.com>

According to the article, several inmates were not seen by psychiatry ( dont know if this is accurate). It also states that there is no psychiatrist at the facility everyday  ( I know this is not true). We also do not have control of Nurses who according to the article did not address the inmates medical condition.  I also dont feel any inmate in the PSU should have free access to water among other risks. CPMG feels that there should be more mental health providers for therapy/intake which I recruited for and was ready to start this program.
The psychiatrists in CPMG are well trained providers.I am sorry that you put all the blame on CPMG  as there are many issues involved.  We will continue to improve our training and Quality Improvement programs.

On Tue, Aug 23, 2016 at 9:59 AM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
Hi Dr. Mannis, I don't know if you saw this article yesterday. In both suicides and the water intoxication death, CPMG providers had seen the inmate/patient and it was based on their clinical judgment that the inmate was not placed in the inmate safety program, PSU, or a special alert placed on a previous diagnosis. Again this speaks to the quality of training and the providers CPMG has assembled for the Sheriff's department. Your own psychiatrists have stated that you do not empower them to ensure quality. As you can clearly see, CPMG has put the Sheriff's department at risk with the lack of clinical quality assurance and training.

https://ww2.kqed.org/news/2016/08/22/when-jail-becomes-a-death-sentence/

Alfred A. Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

**CONFIDENTIAL**

**EXHIBIT 4 - 020**

may address and discuss his patient care
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>>
>>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B█████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>>>>
>>>>> Alfred Joshua MD, MBA, FAAEM
>>>>> Chief Medical Officer, Sheriff's Department San Diego County

--
Steve

---

**Joshua, Alfred (MD)** <Alfred.Joshua@sdsheriff.org>                    Fri, Aug 26, 2016 at 11:56 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Abellar, Jose" <Jose.Abellar@sdsheriff.org>, "Booth, Nancy" <Nancy.Booth@sdsheriff.org>, "Hernandez, Mike" <Mike.Hernandez@sdsheriff.org>, "Miller, Rich" <Richard.Miller@sdsheriff.org>

This is not a blame issue but a serious problem with the quality of CPMG providers due to lack of clinical oversight from a CPMG psych medical director who has autonomy and authority to ensure quality, provide onboard training, and continuous training to improve clinical practice as well as a quality assurance program that attempts to solve problems related to adverse mental health situations. If you were concerned about the quality and clinical effectiveness of CPMG rather than how much is achieved to its bottom line, you would know the following:
1. ████████ seen by ██ ████████ who spoke with his mother and knew patient had suicide attempt and previous history as documented in her note and failed to place the patient in the Inmate Safety Program. She saw the patient and got all the details to make the decision and did not act in patient's best interest. You did nothing after that event to address the problem. Barbara and I had to ask you to remove the provider based on that and another situation.
2. Nunez: Dr. Naranjo reviewed his chart from Patton hospital (debatable if he was even reviewing the charts and transfer summaries per your own providers review) and Dr. Hanson saw the inmate in clinic and noted the history of psychogenic polydipsia but did not tell medical nor deputies nor document an alert for water restriction as our staff would not be expected to know what that diagnosis entails. We asked Dr. Naranjo to be removed.
3. ████████ patient was seen by ████████ two times and then by ██ ████████ (all within 5 days prior to inmate suicide) who did not place the patient in PSU or Inmate Safety Program even though all the information was provided to them as per their own documentation. This was reviewed by your medical director who stated patient should have been admitted to PSU.

Quite frankly, your lack of administrative and clinical control as well as lack of even knowing the facts that your CPMG providers were directly involved in each of these cases, is disheartening and aggravating. Please expect CPMG, yourself, and the providers be responsible for their clinical decisions. Barbara and I have had to do your job to ensure clinical quality by asking you to remove many providers because they either have not been given direction or was known to be a poor fit for corrections. It is aggravating when you have an owner who is not focused on the quality of services provided.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

On Aug 26, 2016, at 6:28 PM, Steven Mannis <shmannis@gmail.com> wrote:

CONFIDENTIAL

**EXHIBIT 4 - 021**

>
>> On Aug 17, 2016, at 1:59 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>
>> Tonight will be his last shift then. He will be removed from all other shifts. It is impossible to review every single psychiatrist chart. If there are complaints or concerns about a provider my director and I need to know about these immediately so we we can review these charts for quality assurance and improvement purposes. This is the first I've heard of complaints about Dr. B████
>>
>> Sent from my iPhone
>>
>>> On Aug 17, 2016, at 11:38 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>
>>> I want him removed immediately. I apologize but as you are the owner of the contract, the control for quality of care issues is lacking and as CMO I am forced to enforce quality of the mental health care provided to inmates to protect the Sheriff's department. I believe you are confusing productivity for quality as evidenced by the QA/QI report which did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not hesitate to take actions unilaterally based on the failure to correct clinical care issues.
>>>
>>> Alfred Joshua MD, MBA, FAAEM
>>> Chief Medical Officer, Sheriff's Department San Diego County
>>>
>>>> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>>>
>>>> I will need more details before I remove him.  I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>>
>>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>>>>
>>>>> Alfred Joshua MD, MBA, FAAEM
>>>>> Chief Medical Officer, Sheriff's Department San Diego County


--
Steve

---

**Nicolas Badre <nicolas.badre@gmail.com>**                                    Sat, Aug 27, 2016 at 8:54 AM
To: Steven Mannis <shmannis@gmail.com>

I wonder if the article is under the belief that "nurse practitioners" do not count as psychiatrist.
Here are some other thoughts:
1. The article speaks to the problem of nurses being awful about obtaining outside records. Nurses still almost never call outside pharmacies to obtain immediate accurate information about outside prescriptions.
2. San Diego jails only have EOH, and SC for suicidal patients. In LA, there is also High Observation which is a housing option without two tiers, with 10 hrs of therapy per week, and comprehensive 1hr intake. In Orange County all High Observation patients have safety clothing and blankets.
3. Both patients being placed in Ad Seg was a mistake not done by the Psychiatrist but by sworn. In many jail

**CONFIDENTIAL**

**EXHIBIT 4 - 022**

systems, mentally ill patients in Ad Seg are followed by an MHC on a daily basis.
4. The article speaks to how little therapy there is in our jails. LA has 210 therapists, yet we have ~10. We have asked
Dr. Joshua for more therapists on multiple occasions.
5. Regarding the water intoxication: we got rid of Dr. Naranjo but to his respect, the Patton discharge summary are
nursing discharge summary so the fault should really be on nursing. Furthermore, it is incomprehensible that the PSU
is the only place where we can regulate water intake.
6. Regarding QA regarding the suicide attempts: we have reviewed them at the journal club. As well, Dr. Joshua has
never invited us to comment on his own review system.

Hope this helps


On Fri, Aug 26, 2016 at 3:28 PM, Steven Mannis <shmannis@gmail.com> wrote:
  According to the article, several inmates were not seen by psychiatry  ( dont know if this is accurate). It also states
  that there is no psychiatrist at the facility everyday  ( I know this is not true). We also do not have control of Nurses
  who according to the article did not address the inmates medical condition.  I also dont feel any inmate in the PSU
  should have free access to water among other risks.  CPMG feels that there should be more mental health
  providers for therapy/intake which I recruited for and was ready to start this program.
  The psychiatrists in CPMG are well trained providers.I am sorry that you put all the blame on CPMG  as there are
  many issues involved.  We will continue to improve our training and Quality Improvement programs.

On Tue, Aug 23, 2016 at 9:59 AM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
  Hi Dr. Mannis, I don't know if you saw this article yesterday. In both suicides and the water intoxication death,
  CPMG providers had seen the inmate/patient and it was based on their clinical judgment that the inmate was not
  placed in the inmate safety program, PSU, or a special alert placed on a previous diagnosis. Again this speaks to
  the quality of training and the providers CPMG has assembled for the Sheriff's department. Your own psychiatrists
  have stated that you do not empower them to ensure quality. As you can clearly see, CPMG has put the Sheriff's
  department at risk with the lack of clinical quality assurance and training.

  https://ww2.kqed.org/news/2016/08/22/when-jail-becomes-a-death-sentence/

  Alfred A. Joshua MD, MBA, FAAEM
  Chief Medical Officer, Sheriff's Department
  San Diego County



  -----Original Message-----
  From: Steven Mannis [mailto:shmannis@gmail.com]
  Sent: Wednesday, August 17, 2016 11:31 PM
  To: Lee, Barbara
  Cc: Joshua, Alfred (MD); steve@cpmedgroup.com; Abellar, Jose
  Subject: Re: Psych Provider termination

  This is not completely true as Dr. Naranjo and Dr. ▇▇▇▇▇▇▇ are no longer working because they did not meet the
  standards of Cpmg   The group we have now is committed to high quality of care I'm happy to work together and
  will not have any pharmaceutical representatives at the next meeting

  Sent from my iPhone

  > On Aug 18, 2016, at 12:26 AM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:
  >
  > Dr. Mannis,
  >
  > Dr. Rao has been involved with issues related to Dr. B▇▇▇  To be frank and as I shared this with you during
  our phone conversation last week, Dr. Rao and Dr. Badre have expressed that any concerns they have related to
  provider(s) have fallen on deaf ears.  You allegedly have not given them autonomy to make decisions about
  providers and therefore, any corrective action that needs to happen does not happen and not enforced.   The

CONFIDENTIAL

EXHIBIT 4 - 023

**Steven Mannis** <shmannis@gmail.com>                          Sat, Aug 27, 2016 at 4:46 PM
To: Nicolas Badre <nicolas.badre@gmail.com>, "Sanjay S. Rao" <ssraomd@gmail.com>

did we do a review of ▮▮▮▮▮ and ▮▮▮▮▮ and if so, what were our conclusions   thanks
---------- Forwarded message ----------
From: **Joshua, Alfred (MD)** <Alfred.Joshua@sdsheriff.org>
Date: Fri, Aug 26, 2016 at 11:56 PM
Subject: Re: Psych Provider termination
To: Steven Mannis <shmannis@gmail.com>
Cc: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>, "steve@cpmedgroup.com" <steve@cpmedgroup.com>, "Abellar,
Jose" <Jose.Abellar@sdsheriff.org>, "Booth, Nancy" <Nancy.Booth@sdsheriff.org>, "Hernandez, Mike"
<Mike.Hernandez@sdsheriff.org>, "Miller, Rich" <Richard.Miller@sdsheriff.org>


This is not a blame issue but a serious problem with the quality of CPMG providers due to lack of clinical oversight
from a CPMG psych medical director who has autonomy and authority to ensure quality, provide onboard training, and
continuous training to improve clinical practice as well as a quality assurance program that attempts to solve problems
related to adverse mental health situations. If you were concerned about the quality and clinical effectiveness of
CPMG rather than how much is achieved to its bottom line, you would know the following:
1. ▮▮▮▮▮ seen by ▮▮▮▮▮ who spoke with his mother and knew patient had suicide attempt and previous
history as documented in her note and failed to place the patient in the Inmate Safety Program. She saw the patient
and got all the details to make the decision and did not act in patient's best interest. You did nothing after that event to
address the problem. Barbara and I had to ask you to remove the provider based on that and another situation.
2. Nunez: Dr. Naranjo reviewed his chart from Patton hospital (debatable if he was even reviewing the charts and
transfer summaries per your own providers review) and Dr. Hanson saw the inmate in clinic and noted the history of
psychogenic polydipsia but did not tell medical nor deputies nor document an alert for water restriction as our staff
would not be expected to know what that diagnosis entails. We asked Dr. Naranjo to be removed.
3. ▮▮▮▮▮ patient was seen by ▮▮▮▮▮ two times and then by ▮▮▮▮▮ (all within 5 days prior to inmate
suicide) who did not place the patient in PSU or Inmate Safety Program even though all the information was provided
to them as per their own documentation. This was reviewed by your medical director who stated patient should have
been admitted to PSU.

Quite frankly, your lack of administrative and clinical control as well as lack of even knowing the facts that your CPMG
providers were directly involved in each of these cases, is disheartening and aggravating. Please expect CPMG,
yourself, and the providers be responsible for their clinical decisions. Barbara and I have had to do your job to ensure
clinical quality by asking you to remove many providers because they either have not been given direction or was
known to be a poor fit for corrections. It is aggravating when you have an owner who is not focused on the quality of
services provided.

Alfred Joshua MD, MBA, FAAEM
Chief Medical Officer, Sheriff's Department
San Diego County

On Aug 26, 2016, at 6:28 PM, Steven Mannis <shmannis@gmail.com> wrote:


 According to the article, several inmates were not seen by psychiatry  ( dont know if this is accurate). It also states
that there is no psychiatrist at the facility everyday  ( I know this is not true). We also do not have control of Nurses
who according to the article did not address the inmates medical condition.  I also dont feel any inmate in the PSU
should have free access to water among other risks.  CPMG feels that there should be more mental health
providers for therapy/intake which I recruited for and was ready to start this program.
 The psychiatrists in CPMG are well trained providers.I am sorry that you put all the blame on CPMG  as there are
many issues involved.  We will continue to improve our training and Quality Improvement programs.

On Tue, Aug 23, 2016 at 9:59 AM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
 Hi Dr. Mannis, I don't know if you saw this article yesterday. In both suicides and the water intoxication death,
CPMG providers had seen the inmate/patient and it was based on their clinical judgment that the inmate was not
placed in the inmate safety program, PSU, or a special alert placed on a previous diagnosis. Again this speaks to
the quality of training and the providers CPMG has assembled for the Sheriff's department. Your own

**CONFIDENTIAL**                                    1/31/2019, 1:56 PM
                                                          **EXHIBIT 4 - 024**

report which did not meet the requirements of what the contract asked for. CPMG lack of control on the psychiatrists and lack of standardization for clinical practices has put the department at extreme risk from a legal standpoint and I will not hesitate to take actions unilaterally based on the failure to correct clinical care issues.
>>>
>>> Alfred Joshua MD, MBA, FAAEM
>>> Chief Medical Officer, Sheriff's Department San Diego County
>>>
>>>> On Aug 17, 2016, at 12:39 PM, Steven Mannis <shmannis@gmail.com> wrote:
>>>>
>>>> I will need more details before I remove him.   I am out of town until the 26th.  Please contact dr Rao so we may address and discuss his patient care
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Aug 17, 2016, at 7:19 PM, Joshua, Alfred (MD) <Alfred.Joshua@sdsheriff.org> wrote:
>>>>>
>>>>> Hi Dr. Mannis there have been a number of quality of care issues brought up about Dr. B████ by other psychiatrists, nursing staff, and deputies. While he is seeing 25 patients in 2-3 hours and can be seen as productive, the quality issues deal with abrupt changes of medications, interactions with inmates that increase adverse events, and lack of time spent with patients. There are a number of individuals who have observed Dr. B████ and feel he is dangerous with his clinical approach. Please remove Dr. B████ from the schedule. Thank you.
>>>>>
>>>>> Alfred Joshua MD, MBA, FAAEM
>>>>> Chief Medical Officer, Sheriff's Department San Diego County


--
Steve




--
Steve

---

**Nicolas Badre** <nicolas.badre@gmail.com>                                          Sun, Aug 28, 2016 at 4:24 PM
To: Steven Mannis <shmannis@gmail.com>
Cc: "Sanjay S. Rao" <ssraomd@gmail.com>, Anne Redburn <Anne.E.Redburn@alumni.dmu.edu>

We reviewed ████████ Nunez, ████ ████ ████████ at our journal club in January 2016 to which we invited Dr. Joshua (I believe).

Here were some of our conclusions:
1. ████████ our opiate/drug withdrawal program is not comprehensive enough - this was shared with Dr. Joshua
2. Nunez: state hospital discharge needs to be reviewed by MD and Nursing (nursing still doesn't do it consistently), we fired Naranjo for the MD part
3. ████ no easy conclusion, I recommended that folks with multiple inmate safety program stay never us switch to prn follow-up. We also asked Dr. Joshua for MHC for more therapy, still has happened.
4. ████ asked providers to consider charges in risk assessment as well as Ad Seg status
5. ████ 1. asked all safety cell eval to have a suicide risk assessment; 2. ████████ was pressured by gatekeeper to clear; 3. EOH is punishing so she didn't want to put him there (this could be fixed if Dr. Joshua added therapy to patients in ISP).

████████ happened right after our last journal club (5/24): It is this incident which has made us be a lot more aggressive about removing mentally patients out of Ad Seg. However this is difficulty because Dr. Joshua hasn't given us more 6th floor space, despite numerous requests.

**CONFIDENTIAL**

**EXHIBIT 4 - 025**

Gmail - CPMG meeting                                          https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

**Date:** September 13, 2016 at 11:54:32 AM PDT
**To:** "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
**Subject: CPMG meeting**

Our next meeting to discuss cases, go over training, and for you to present is Sept 28th. Drinks and food will be provided.


**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121


**When:**
Wednesday, September 28th, 2016
at 6:30 pm


Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276


---

**Lee, Barbara** <Barbara.Lee@sdsheriff.org>                      Mon, Sep 19, 2016 at 6:13 PM
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>


Dr. Mannis,



**CONFIDENTIAL**

**EXHIBIT 4 - 026**

==Given the current climate that we are operating under and the impending lawsuits, Dr. Joshua and I can and are being held personally liable for retaining providers for which there have been adverse outcomes.   We will discuss this when we meet this week but want to let you know in advance that I will be asking for the removal of several providers.==  I realize the impact this will have on our operation, but I have no choice but to do so.


Barbara

**From:** cpmedgroup@gmail.com [mailto:cpmedgroup@gmail.com] **On Behalf Of** Steve Mannis
**Sent:** Tuesday, September 13, 2016 11:55 AM
**To:** Joshua, Alfred (MD); Lee, Barbara
**Subject:** CPMG meeting


Our next meeting to discuss cases, go over training, and for you to present is Sept 28th.  Drinks and food will be provided.


**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm


Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

==Steve Mannis <steve@cpmedgroup.com>==                    ==Tue, Sep 20, 2016 at 10:13 AM==
To: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
Cc: Steve Mannis <steve@cpmedgroup.com>, "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao" <ssraomd@gmail.com>, Nicolas Badre <nicolas.badre@gmail.com>

These are the types of cases that we do review for our QI when we are informed about them.  I don't think it would be realistic to review 100% of  safety cell cases.  I appreciate you bringing them to our attention and we will review them as soon as you send us the booking numbers.
==Please also let me know which providers are asking to change risk designations.== CPMG needs to be in the loop for

**CONFIDENTIAL**

**EXHIBIT 4 - 027**

these types of problems. I have requested that the supervising nurses inform me of these types of problems but have yet to receive any of this information.

<mark>Dr. Goldstein has agreed to train new providers and other providers needing additional training.  I don't think we should automatically remove providers who have adverse outcomes  but understand that some providers may not be able to improve or make changes to their practices.</mark>

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Mon, Sep 19, 2016 at 6:13 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

Dr. Mannis,



Given the current climate that we are operating under and the impending lawsuits, Dr. Joshua and I can and are being held personally liable for retaining providers for which there have been adverse outcomes.   We will discuss this when we meet this week but want to let you know in advance that I will be asking for the removal of several providers.  I realize the impact this will have on our operation, but I have no choice but to do so.

Barbara

**From:** cpmedgroup@gmail.com [mailto:cpmedgroup@gmail.com] **On Behalf Of** Steve Mannis
**Sent:** Tuesday, September 13, 2016 11:55 AM
**To:** Joshua, Alfred (MD); Lee, Barbara
**Subject:** CPMG meeting

Our next meeting to discuss cases, go over training, and for you to present is Sept 28th.  Drinks and food will be provided.

**CONFIDENTIAL**

**EXHIBIT 4 - 028**

# M Gmail

**Steve Mannis <cpmedgroup@gmail.com>**

## review of suicides
2 messages

**Steven Mannis <shmannis@gmail.com>**                              Tue, Sep 20, 2016 at 1:42 PM
To: Steve Mannis <cpmedgroup@gmail.com>

Cc: "Sanjay S. Rao" <ssraomd@gmail.com>, Anne Redburn .E.Redburn@alumni.dmu.edu>

We reviewed ██████ Nunez, ██ ████ ███████ at our journal club in January 2016

Here were some of our conclusions:
1. ████████ our opiate/drug withdrawal program is not comprehensive enough - this was shared with administration
2. Nunez: state hospital discharge needs to be reviewed by MD and Nursing (nursing still doesn't do it consistently), we fired Naranjo for the MD part
3. ██████ no easy conclusion, I recommended that folks with multiple inmate safety program stay never be switch to prn follow-up. MHC for more therapy, is needed.
4. █ asked providers to consider charges in risk assessment as well as Ad Seg status
5. ███████ 1. asked all safety cell eval to have a suicide risk assessment; 2. ██████ was pressured by gatekeeper to clear; 3. EOH is punishing so she didn't want to put him there Therapy needed for patients in ISP

██████ happened right after our last journal club (5/24): It is this incident which has made us be a lot more aggressive about removing mentally patients out of Ad Seg. However this is difficulty because of lack of 6th floor space.

--

**Claire Wilson <cpmedgroup@gmail.com>**                           Tue, Sep 20, 2016 at 1:51 PM
To: "Sanjay S. Rao" <ssraomd@gmail.com>, Anne Redburn <Anne.E.Redburn@alumni.dmu.edu>

For your review.

Claire Wilson | Human Resources Coordinator
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276
Fax: (858) 756-5198

The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---------- Forwarded message ----------
From: **Steven Mannis** <shmannis@gmail.com>
Date: Tue, Sep 20, 2016 at 1:42 PM
Subject: review of suicides
To: Steve Mannis <cpmedgroup@gmail.com>

**CONFIDENTIAL**
**EXHIBIT 4 - 029**

Gmail - psychogenic polydipsia case                    https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

 Gmail

**Steve Mannis <cpmedgroup@gmail.com>**

## psychogenic polydipsia case
6 messages

**Steve Mannis <steve@cpmedgroup.com>**                    **Tue, Sep 20, 2016 at 10:46 PM**
To: Nicolas Badre <nicolas.badre@gmail.com>, "Sanjay S. Rao" <ssraomd@gmail.com>

Did either of you review Dr. Hansen's care of this patient  and if so, what was the evaluation of her care?
Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

**Nicolas Badre <nicolas.badre@gmail.com>**                    **Wed, Sep 21, 2016 at 7:00 AM**
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Sanjay S. Rao" <ssraomd@gmail.com>

We reviewed the entire case and have made numerous comments. Here are
some of them:
1. We asked for nurses to review the DSH nursing dc summary - still
not done till today
2. We reviewed all the DSH terms and protocols at the journal club in January
3. We updated our orientation package to reflect more importance on
the DSH terms/protocol
4. We have asked the county to update their orientation (done by
Carlos) - still not done till today
5. We have asked for a longer period of orientation - still not done till today
6. We asked for Dr. Naranjo to be fired
7. Once I became PSU doc, I asked nursing to schedule a chart review
for me for all returnees
8. Prior to becoming PSU doc, I asked nursing to schedule all
returnees for intake with me
9. We asked sworn to give us more options for limited water housing -
still not done till today
10. I keep a file with all the 2970s for part-timers to know my thoughts on them
11. We met w/ judge Stone, and Public Defender's office and got the
length of stay of the 2970s divided in half.

In regards to Dr. Hansen personally, we discussed our thoughts at the
dinner we had recently with Anne and Sanjay. My feeling is that there
was little ways for her to know that 6th floor mental health housing
couldn't accommodate for his needs. His condition is not a psychiatric
emergency, and it makes sense for her to assume that it had been
addressed as he was placed on the mental health floor by choice.

Thanks,
Nico

On 9/20/16, Steve Mannis <steve@cpmedgroup.com> wrote:
> Did either of you review Dr. Hansen's care of this patient  and if so, what
> was the evaluation of her care?
> Steven Mannis M.D

**CONFIDENTIAL**
**EXHIBIT 4 - 030**

1/31/2019, 2:37 PM

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

**Lee, Barbara** <Barbara.Lee@sdsheriff.org>                    Wed, Sep 21, 2016 at 3:20 PM
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao" <ssraomd@gmail.com>, Nicolas Badre
<nicolas.badre@gmail.com>

Dr. Mannis,

Attached is a summary of our meeting today.   For your review and action.  Please let me know if you have any
questions.

Thank you,

Barbara

**Barbara Lee**

Medical Services Administrator

Sheriff's Department, Medical Services Division

5530 Overland Ave., Ste. 370

San Diego, CA 92123

Mail Stop O-317

CONFIDENTIAL
**EXHIBIT 4 - 031**

**MEETING SUMMARY**

Date:  September 21, 2016

Attendance:  [Sheriff] – Barbara, Dr. Joshua, Dr. Goldstein, Nancy
[CPMG] – Dr. Mannis

Below is a summary of items discussed.

**Incidents involving Provider (Quality of Care Issues)**
The Sheriff's Medical Services Administrator or Chief Medical Officer or their designee will notify Dr. Mannis and the CPMG medical director.  A review process as follows will immediately take place:

In the event of an inmate death or serious incident where the provider's clinical judgment may be at issue, the provider will be removed temporarily from the schedule pending review.   CPMG will temporarily remove the provider from the schedule. CPMG will notify the provider.

CPMG will conduct a review of the incident and submit its documentation of the analysis and recommended corrective actions to the Sheriff's Chief Medical Officer.

Within 7 business days of the date or knowledge of the incident, CPMG and Sheriff's Medical Services Administration will discuss the case and any corrective actions, including the provider's continued employment status.

CPMG will notify the provider of the disposition.

**Incidents involving Provider's failure to meet standards of behavior**
The Sheriff's Medical Services Administrator or Chief Medical Officer or their designee will notify Dr. Mannis and the CPMG medical director.

The provider may remain on the schedule.  CPMG is to discuss the incident with the Provider, document the discussion, and report back to the Sheriff's Chief Medical Officer.  Repeated violations may result in removal of the Provider.

Please note that sworn command alone may exercise its right to revoke the Provider's facility clearance.  This can either be unique to the facility or to all facilities.  Sheriff's Medical Services Administration will discuss this matter with sworn command on a case-by-case basis.

**Psychiatric Peer Review – Inmate Safety Program**
The form presented by CPMG is acceptable.  One minor recommended change is to add a line indicating "Reason for Review" and a line for "Corrective Actions".

**Chart Check Reviews**
Volume – 5% patients seen.

CONFIDENTIAL

EXHIBIT 4 - 032

**QA/QI Process**

The forms presented by CPMG are acceptable.   CPMG will be responsible for tabulating and providing statistical analysis which will be included in the quarterly report to Sheriff's Medical Services Administration.   CPMG is responsible for maintaining copies of the peer reviews on the individual Providers.

**Nurse Practitioners Conducting Initial Follow-Ups**

Tabled.  The Sheriff's Chief Medical Officer will take this under consideration.

**Licensed Psychologist**

Tabled. ███████████ has requested additional days of Thursday and Friday. Sheriff's Medical Services Administration has identified the gaps in the system to be on weekends.  The Sheriff's Chief Medical Officer will determine need and let CPMG know.

**Discharge Summaries**

Discharge summaries from Patton State Hospital are not reviewed by the nurses. Psychiatrists requests that the nurses prepare a summary (medications, diagnosis, and special conditions) to assist the psychiatrist doing the chart check.  Nursing Director will assess the situation and report back with recommendations or plan.

**VDF Psychiatrist**

CPMG will seek a replacement for ███████  In the interim, ██████████ will work with her on the cases discussed at MDG.

**NEXT STEPS**

**CPMG to complete Peer Reviews**

1. ████████████████████████████████████
████████████████████

2. ████████████████████████████████████████

3. CPMG to arrange follow-up meeting to discuss ██████████ Dr. Hansen, ███
████

CONFIDENTIAL
EXHIBIT 4 - 033

Gmail - CPMG meeting                                    https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

 **Summary of Meeting 9.20.16.docx**

---

**Nicolas Badre <nicolas.badre@gmail.com>**                              Wed, Sep 21, 2016 at 3:34 PM
Cc: Steve Mannis <steve@cpmedgroup.com>, "Sanjay S. Rao" <ssraomd@gmail.com>

I am worried that completing discoverable reviews on our own adverse events increases our liability. I think that we need the county to agree to the process of M&M and that those reviews are part of that and thus non-discoverable.

On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

Dr. Mannis,

Attached is a summary of our meeting today.   For your review and action.  Please let me know if you have any questions.

Thank you,

Barbara

**Barbara Lee**

Medical Services Administrator

Sheriff's Department, Medical Services Division

5530 Overland Ave., Ste. 370

San Diego, CA 92123

Mail Stop O-317

Desk Phone **(858) 974-5966**; Cell Phone **(619) 876-0987**; Fax **(858) 974-5870**

**CONFIDENTIALITY NOTICE:**  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** cpmedgroup@gmail.com [mailto:cpmedgroup@gmail.com] **On Behalf Of** Steve Mannis
**Sent:** Tuesday, September 20, 2016 10:14 AM
**To:** Lee, Barbara
**Cc:** Steve Mannis; Joshua, Alfred (MD); Sanjay S. Rao; Nicolas Badre
**Subject:** Re: CPMG meeting

**CONFIDENTIAL**

**EXHIBIT 4 - 034**

**Sent:** Tuesday, September 13, 2016 11:55 AM
**To:** Joshua, Alfred (MD); Lee, Barbara
**Subject:** CPMG meeting

Our next meeting to discuss cases, go over training, and for you to present is Sept 28th.  Drinks and food will be provided.

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

**Steve Mannis <steve@cpmedgroup.com>**                        Wed, Sep 21, 2016 at 5:23 PM
To: Nicolas Badre <nicolas.badre@gmail.com>
Cc: Steve Mannis <steve@cpmedgroup.com>, "Sanjay S. Rao" <ssraomd@gmail.com>

I will clarify and make sure the county agrees that this all under M and M and is non- discoverable.

███████████████   ████████████████████████████      █████
███████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████

Nico, please review Hansen's case of the psychogenic polydipsia patient and please review some random charts of hers

█████████████████████████████████████████████████

CONFIDENTIAL

**EXHIBIT 4 - 035**                    1/31/2019, 4:32 PM

I will start correlating the data received aQA/QI

==The County and the Medical Dept. is under pressure due to so many adverse events.== We have to make sure we are doing everything on our end to improve the quality of care of the providers and showing this with data... If we feel that a provider is not providing adequate care, we will have to remove that provider. As in the past, you will need to advise me but it is not easy removing someone without a replacement unless it is putting patients at risk.

==Thank you both for your cooperation.  Please do the reviews as soon as possible as there will be a meeting with the Sheriff's Dept. concerning ██████, Hansen, ██████████==

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Wed, Sep 21, 2016 at 3:34 PM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
I am worried that completing discoverable reviews on our own adverse events increases our liability. I think that we need the county to agree to the process of M&M and that those reviews are part of that and thus non-discoverable.

On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

Dr. Mannis,


Attached is a summary of our meeting today.   For your review and action.  Please let me know if you have any questions.


Thank you,

Barbara


**Barbara Lee**

Medical Services Administrator

Sheriff's Department, Medical Services Division

5530 Overland Ave., Ste. 370

San Diego, CA 92123

Mail Stop O-317

Desk Phone (858) 974-5966; Cell Phone (619) 876-0987; Fax (858) 974-5870

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.

**CONFIDENTIAL**

**EXHIBIT 4 - 036**

Given the current climate that we are operating under and the impending lawsuits, Dr. Joshua and I can and are being held personally liable for retaining providers for which there have been adverse outcomes.   We will discuss this when we meet this week but want to let you know in advance that I will be asking for the removal of several providers.  I realize the impact this will have on our operation, but I have no choice but to do so.


Barbara

**From:** cpmedgroup@gmail.com [mailto:cpmedgroup@gmail.com] **On Behalf Of** Steve Mannis
**Sent:** Tuesday, September 13, 2016 11:55 AM
**To:** Joshua, Alfred (MD); Lee, Barbara
**Subject:** CPMG meeting


Our next meeting to discuss cases, go over training, and for you to present is Sept 28th.  Drinks and food will be provided.


**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm


Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

Steve Mannis <steve@cpmedgroup.com>                                  Wed, Sep 21, 2016 at 5:30 PM
To: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
Cc: Steve Mannis <steve@cpmedgroup.com>, "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao"
<ssraomd@gmail.com>, Nicolas Badre <nicolas.badre@gmail.com>

I would like something stated that the reviews we do and present to the Medical Administration are for QA/QI purposes only and are non discoverable at anytime .   Thank you for this addition.

CONFIDENTIAL

EXHIBIT 4 - 037

https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

Dr. Mannis,

Attached is a summary of our meeting today.   For your review and action.  Please let me know if you have any questions.

Thank you,

Barbara

**Barbara Lee**

Medical Services Administrator

Sheriff's Department, Medical Services Division

5530 Overland Ave., Ste. 370

San Diego, CA 92123

Mail Stop O-317

Desk Phone **(858) 974-5966**; Cell Phone **(619) 876-0987**; Fax **(858) 974-5870**

**CONFIDENTIALITY NOTICE:**  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** cpmedgroup@gmail.com [mailto:cpmedgroup@gmail.com] **On Behalf Of** Steve Mannis
**Sent:** Tuesday, September 20, 2016 10:14 AM
**To:** Lee, Barbara
**Cc:** Steve Mannis; Joshua, Alfred (MD); Sanjay S. Rao; Nicolas Badre
**Subject:** Re: CPMG meeting

These are the types of cases that we do review for our QI when we are informed about them.  I don't think it would be realistic to review 100% of  safety cell cases.  I appreciate you bringing them to our attention and we will review

**CONFIDENTIAL**                               1/31/2019, 4:32 PM

**EXHIBIT 4 - 038**

**Subject:** CPMG meeting

Our next meeting to discuss cases, go over training, and for you to present is Sept 28th.  Drinks and food will be provided.

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

**Lee, Barbara <Barbara.Lee@sdsheriff.org>**                                   **Wed, Sep 21, 2016 at 5:52 PM**
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao" <ssraomd@gmail.com>, Nicolas Badre <nicolas.badre@gmail.com>

Will do.

On Sep 21, 2016, at 5:31 PM, Steve Mannis <steve@cpmedgroup.com> wrote:

I would like something stated that the reviews we do and present to the Medical Administration are for QA/QI purposes only and are non discoverable at anytime .   Thank you for this addition.

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

CONFIDENTIAL

**EXHIBIT 4 - 039**

Gmail - psychogenic polydipsia case                    https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

> Correctional Physicians Medical Group, Inc.
> 3525 Del Mar Heights Rd. Ste 231
> San Diego, CA 92130
> Tel: (858) 480-5276
>

**Sanjay S. Rao <ssraomd@gmail.com>**                    **Wed, Sep 21, 2016 at 7:23 AM**
To: Nicolas Badre <nicolas.badre@gmail.com>
Cc: Steve Mannis <steve@cpmedgroup.com>

Well reiterated, Nico. Thank you.

On Wed, Sep 21, 2016 at 7:00 AM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
    We reviewed the entire case and have made numerous comments. Here are
    some of them:
    1. We asked for nurses to review the DSH nursing dc summary - still
    not done till today
    2. We reviewed all the DSH terms and protocols at the journal club in January
    3. We updated our orientation package to reflect more importance on
    the DSH terms/protocol
    4. We have asked the county to update their orientation (done by
    Carlos) - still not done till today
    5. We have asked for a longer period of orientation - still not done till today
    6. We asked for Dr. Naranjo to be fired
    7. Once I became PSU doc, I asked nursing to schedule a chart review
    for me for all returnees
    8. Prior to becoming PSU doc, I asked nursing to schedule all
    returnees for intake with me
    9. We asked sworn to give us more options for limited water housing -
    still not done till today
    10. I keep a file with all the 2970s for part-timers to know my thoughts on them
    11. We met w/ judge Stone, and Public Defender's office and got the
    length of stay of the 2970s divided in half.

    In regards to Dr. Hansen personally, we discussed our thoughts at the
    dinner we had recently with Anne and Sanjay. My feeling is that there
    was little ways for her to know that 6th floor mental health housing
    couldn't accommodate for his needs. His condition is not a psychiatric
    emergency, and it makes sense for her to assume that it had been
    addressed as he was placed on the mental health floor by choice.

    Thanks,
    Nico

    On 9/20/16, Steve Mannis <steve@cpmedgroup.com> wrote:
    > Did either of you review Dr. Hansen's care of this patient and if so, what
    > was the evaluation of her care?
    > Steven Mannis M.D
    > Correctional Physicians Medical Group, Inc.
    > 3525 Del Mar Heights Rd. Ste 231
    > San Diego, CA 92130
    > Tel: (858) 480-5276
    >

**Steve Mannis <steve@cpmedgroup.com>**                    **Wed, Sep 21, 2016 at 5:54 PM**

**CONFIDENTIAL**

**EXHIBIT 4 - 040**

To: "Sanjay S. Rao" <ssraomd@gmail.com>
Cc: Nicolas Badre <nicolas.badre@gmail.com>, Steve Mannis <steve@cpmedgroup.com>

Isn't the disease  psychogenic polydipsia, which is psychiatric in nature until there actual water intoxication which then becomes a medical problem.   Should there not have been any order by anyone to restrict water??  Who did she assume was caring for the patient if Naranjo never actual saw the patient and she was the first provider to evaluate this patient. We can always refer to the Medical service if the psychiatrist feels it is a  medical problem. We really cant assume anything.

Please fill out a regular chart review form, and your recommendations and actions taken on that form. I will make sure it is non discoverable before sending our review to the county.

I think Hansen is an excellent physician but we need to do a more formal review as to her care.  Any case where there is a serious adverse event needs to be treated this way.The county wants to have a meeting about her and other providers that have had adverse events  which I hope you can attend. We dont want to lose her as  one  of our providers.   Thanks

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Wed, Sep 21, 2016 at 7:23 AM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

> Well reiterated, Nico. Thank you.
>
>
> On Wed, Sep 21, 2016 at 7:00 AM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
>> We reviewed the entire case and have made numerous comments. Here are
>> some of them:
>> 1. We asked for nurses to review the DSH nursing dc summary - still
>> not done till today
>> 2. We reviewed all the DSH terms and protocols at the journal club in January
>> 3. We updated our orientation package to reflect more importance on
>> the DSH terms/protocol
>> 4. We have asked the county to update their orientation (done by
>> Carlos) - still not done till today
>> 5. We have asked for a longer period of orientation - still not done till today
>> 6. We asked for Dr. Naranjo to be fired
>> 7. Once I became PSU doc, I asked nursing to schedule a chart review
>> for me for all returnees
>> 8. Prior to becoming PSU doc, I asked nursing to schedule all
>> returnees for intake with me
>> 9. We asked sworn to give us more options for limited water housing -
>> still not done till today
>> 10. I keep a file with all the 2970s for part-timers to know my thoughts on them
>> 11. We met w/ judge Stone, and Public Defender's office and got the
>> length of stay of the 2970s divided in half.
>>
>> In regards to Dr. Hansen personally, we discussed our thoughts at the
>> dinner we had recently with Anne and Sanjay. My feeling is that there
>> was little ways for her to know that 6th floor mental health housing
>> couldn't accommodate for his needs. His condition is not a psychiatric
>> emergency, and it makes sense for her to assume that it had been
>> addressed as he was placed on the mental health floor by choice.
>>
>> Thanks,
>> Nico

CONFIDENTIAL

**EXHIBIT 4 - 041**

On 9/20/16, Steve Mannis <steve@cpmedgroup.com> wrote:
> Did either of you review Dr. Hansen's care of this patient and if so, what
> was the evaluation of her care?
> Steven Mannis M.D
> Correctional Physicians Medical Group, Inc.
> 3525 Del Mar Heights Rd. Ste 231
> San Diego, CA 92130
> Tel: (858) 480-5276
>

**Nicolas Badre** <nicolas.badre@gmail.com>                    Wed, Sep 21, 2016 at 9:57 PM
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Sanjay S. Rao" <ssraomd@gmail.com>

Psychogenic polydipsia is a life long diagnosis. We don't prevent those people from having access to a faucet indefinitely in the real world. Once they are discharge from the hospital they are good. A historical diagnosis of psychogenic polydispsia doesn't raise a flag of "emergency" unless there is a reason to think so. Also if it is such an emergency why is he being scheduled 4 days after his arrival from the "hospital"?

Hansen is simply not at significant fault IMHO in this case; it is the nurses who made the housing request for 6th floor, the nurses who decided not to read the "nursing" discharge summary, the nurses who refused to give classification the "nursing" dc summary due to unfounded HIPAA concerns, Dr. Naranjo for never reading the dc summary and signing them off, the county for not informing the new doctors of their obscure protocols (e.g.: mental health floor can't accommodate water restrictions or all people with a historical diagnoses of psychogenic polydipsia need hospitalization).

On Wed, Sep 21, 2016 at 5:54 PM, Steve Mannis <steve@cpmedgroup.com> wrote:
Isn't the disease  psychogenic polydipsia, which is psychiatric in nature until there actual water intoxication which then becomes a medical problem.  Should there not have been any order by anyone to restrict water??  Who did she assume was caring for the patient if Naranjo never actual saw the patient and she was the first provider to evaluate this patient. We can always refer to the Medical service if the psychiatrist feels it is a  medical problem. We really cant assume anything.

Please fill out a regular chart review form, and your recommendations and actions taken on that form. I will make sure it is non discoverable before sending our review to the county.

I think Hansen is an excellent physician but we need to do a more formal review as to her care.  Any case where there is a serious adverse event needs to be treated this way.The county wants to have a meeting about her and other providers that·have had adverse events  which I hope you can attend. We dont want to lose her as  one of our providers.   Thanks

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Wed, Sep 21, 2016 at 7:23 AM, Sanjay S. Rao <ssraomd@gmail.com> wrote:

Well reiterated, Nico. Thank you.

CONFIDENTIAL

On Wed, Sep 21, 2016 at 7:00 AM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
We reviewed the entire case and have made numerous comments. Here are
some of them:
1. We asked for nurses to review the DSH nursing dc summary - still
not done till today
2. We reviewed all the DSH terms and protocols at the journal club in January
3. We updated our orientation package to reflect more importance on
the DSH terms/protocol
4. We have asked the county to update their orientation (done by
Carlos) - still not done till today
5. We have asked for a longer period of orientation - still not done till today
6. We asked for Dr. Naranjo to be fired
7. Once I became PSU doc, I asked nursing to schedule a chart review
for me for all returnees
8. Prior to becoming PSU doc, I asked nursing to schedule all
returnees for intake with me
9. We asked sworn to give us more options for limited water housing -
still not done till today
10. I keep a file with all the 2970s for part-timers to know my thoughts on them
11. We met w/ judge Stone, and Public Defender's office and got the
length of stay of the 2970s divided in half.

In regards to Dr. Hansen personally, we discussed our thoughts at the
dinner we had recently with Anne and Sanjay. My feeling is that there
was little ways for her to know that 6th floor mental health housing
couldn't accommodate for his needs. His condition is not a psychiatric
emergency, and it makes sense for her to assume that it had been
addressed as he was placed on the mental health floor by choice.

Thanks,
Nico

On 9/20/16, Steve Mannis <steve@cpmedgroup.com> wrote:
> Did either of you review Dr. Hansen's care of this patient and if so, what
> was the evaluation of her care?
> Steven Mannis M.D
> Correctional Physicians Medical Group, Inc.
> 3525 Del Mar Heights Rd. Ste 231
> San Diego, CA 92130
> Tel: (858) 480-5276
>

---

**Steve Mannis <steve@cpmedgroup.com>**                                    Thu, Sep 22, 2016 at 3:33 PM
To: Nicolas Badre <nicolas.badre@gmail.com>
Cc: Steve Mannis <steve@cpmedgroup.com>, "Sanjay S. Rao" <ssraomd@gmail.com>

ok.  simply review the chart of Hansen and comment on her evaluation and treatment of the patient on the form. You
could state the above reasons as to why her treatment  was appropriate.

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

CONFIDENTIAL

**EXHIBIT 4 - 043**

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

**Steve Mannis** <steve@cpmedgroup.com>                                  Fri, Sep 23, 2016 at 3:33 PM
To: "Lee, Barbara" <Barbara.Lee@sdsheriff.org>
Cc: Steve Mannis <steve@cpmedgroup.com>, "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao"
<ssraomd@gmail.com>, Nicolas Badre <nicolas.badre@gmail.com>, Earl Goldstein <ehgsteelers6@gmail.com>

Another point of clarification.   We agreed that we would continue with the same number of chart reviews.   Currently
we review approximately 1-2.5% of  clinical visits.    5% would equal approx. 10 charts a day which I think would be
too time consuming.

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Wed, Sep 21, 2016 at 5:52 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:
  Will do.

  On Sep 21, 2016, at 5:31 PM, Steve Mannis <steve@cpmedgroup.com> wrote:

  I would like something stated that the reviews we do and present to the Medical Administration are for QA/QI
  purposes only and are non discoverable at anytime .   Thank you for this addition.

  Steven Mannis M.D
  Correctional Physicians Medical Group, Inc.
  3525 Del Mar Heights Rd. Ste 231
  San Diego, CA 92130
  Tel: (858) 480-5276

**CONFIDENTIAL**

**EXHIBIT 4 - 044**

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

**Lee, Barbara** <Barbara.Lee@sdsheriff.org>                                    Fri, Sep 23, 2016 at 3:40 PM
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao" <ssraomd@gmail.com>, Nicolas Badre
<nicolas.badre@gmail.com>, Earl Goldstein <ehgsteelers6@gmail.com>

Ok for now.  We can discuss this in the future.

**Barbara Lee**

Medical Services Administrator

Sheriff's Department, Medical Services Division

5530 Overland Ave., Ste. 370

San Diego, CA 92123

Mail Stop O-317

Desk Phone (858) 974-5966; Cell Phone (619) 876-0987; Fax (858) 974-5870

**CONFIDENTIAL**

**EXHIBIT 4 - 045**

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

**Lee, Barbara <Barbara.Lee@sdsheriff.org>**                          **Fri, Sep 23, 2016 at 3:47 PM**
To: Steve Mannis <steve@cpmedgroup.com>
Cc: "Joshua, Alfred (MD)" <Alfred.Joshua@sdsheriff.org>, "Sanjay S. Rao" <ssraomd@gmail.com>, Nicolas Badre
<nicolas.badre@gmail.com>, Earl Goldstein <ehgsteelers6@gmail.com>

Please refer to attachment.  I've revised the summary to incorporate your input.

## Barbara Lee

Medical Services Administrator

Sheriff's Department, Medical Services Division

5530 Overland Ave., Ste. 370

San Diego, CA 92123

Mail Stop O-317

Desk Phone (858) 974-5966; Cell Phone (619) 876-0987; Fax (858) 974-5870

**CONFIDENTIALITY NOTICE:**  This email message, including any attachments, is for the sole use of the intended recipient(s)

**CONFIDENTIAL**

**EXHIBIT 4 - 046**

**MEETING SUMMARY**

Date:  September 21, 2016 (revised 9/23/16)

Attendance:  [Sheriff] – Barbara, Dr. Joshua, Dr. Goldstein, Nancy
 [CPMG] – Dr. Mannis

Below is a summary of items discussed.

**Incidents involving Provider (Quality of Care Issues)**
The Sheriff's Medical Services Administrator or Chief Medical Officer or their designee will notify Dr. Mannis and the CPMG medical director.  A review process as follows will immediately take place:

In the event of an inmate death or serious incident where the provider's clinical judgment may be at issue, the provider will be removed temporarily from the schedule pending review.   CPMG will temporarily remove the provider from the schedule. CPMG will notify the provider.

CPMG will conduct a review of the incident and submit its documentation of the analysis and recommended corrective actions to the Sheriff's Chief Medical Officer.

Within 7 business days of the date or knowledge of the incident, CPMG and Sheriff's Medical Services Administration will discuss the case and any corrective actions, including the provider's continued employment status.

CPMG will notify the provider of the disposition.

**Incidents involving Provider's failure to meet standards of behavior**
The Sheriff's Medical Services Administrator or Chief Medical Officer or their designee will notify Dr. Mannis and the CPMG medical director.

The provider may remain on the schedule.  CPMG is to discuss the incident with the Provider, document the discussion, and report back to the Sheriff's Chief Medical Officer.  Repeated violations may result in removal of the Provider.

Please note that sworn command alone may exercise its right to revoke the Provider's facility clearance.  This can either be unique to the facility or to all facilities.  Sheriff's Medical Services Administration will discuss this matter with sworn command on a case-by-case basis.

**Psychiatric Peer Review – Inmate Safety Program**
The form presented by CPMG is acceptable.  One minor recommended change is to add a line indicating "Reason for Review" and a line for "Corrective Actions".

**Chart Check Reviews**
Volume – 5% patients seen.  Per CPMG's clarification, this is 1-2, 5% of clinical visits.

CONFIDENTIAL

EXHIBIT 4 - 047

**QA/QI Process**
The forms presented by CPMG are acceptable.   CPMG will be responsible for tabulating and providing statistical analysis which will be included in the quarterly report to Sheriff's Medical Services Administration.   CPMG is responsible for maintaining copies of the peer reviews on the individual Providers. Per CPMG's clarification, the reviews presented to Sheriff's Medical Services Administration is for its QA/QI purposes only and not discoverable at any time.

**Nurse Practitioners Conducting Initial Assessments**
Tabled.  The Sheriff's Chief Medical Officer will take this under consideration.

**Licensed Psychologist**
Tabled.  ▮▮▮▮▮▮▮▮  has requested additional days of Thursday and Friday. Sheriff's Medical Services Administration has identified the gaps in the system to be on weekends.  The Sheriff's Chief Medical Officer will determine need and let CPMG know.

**Discharge Summaries**
Discharge summaries from Patton State Hospital are not reviewed by the nurses. Psychiatrists requests that the nurses prepare a summary (medications, diagnosis, and special conditions) to assist the psychiatrist doing the chart check.  Nursing Director will assess the situation and report back with recommendations or plan.

**VDF Psychiatrist**
CPMG will seek a replacement for ▮▮▮▮▮▮  In the interim, ▮▮▮▮▮▮  will work with her on the cases discussed at MDG.

**NEXT STEPS**

**CPMG to complete Peer Reviews**
1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. CPMG to arrange follow-up meeting to discuss ▮▮▮▮▮ Dr. Hansen, ▮▮

Gmail - CPMG meeting                                    https://mail.google.com/mail/u/2?ik=7681accd8b&view=pt&search=all...

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

 **Summary of Meeting 9.20.16.docx**
18K

---

**Steven Mannis** <shmannis@gmail.com>                    Fri, Sep 23, 2016 at 3:48 PM
To: Nicolas Badre <nicolas.badre@gmail.com>, "Sanjay S. Rao" <ssraomd@gmail.com>, Anne Redburn
<Anne.E.Redburn@alumni.dmu.edu>, Steve Mannis <cpmedgroup@gmail.com>

I got the county to agree to review 1-2.5% of charts  which would mean 2-5 charts a day. ( we have stated in the past
that we review 5 charts a day)

On Wed, Sep 21, 2016 at 9:44 PM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
Here are some thoughts:
1. "Temporary removal of providers" we need some clarification on this. Unless someone did something really
outrageous, it seems extreme to do that especially with how little extra coverage we have floating around. If we start
using this every time we have a suicide, we are looking at 6 weeks a year; if it is every attempt as well, it is 18
weeks a year.

2. 5% is a too large amount of notes to review. I think that together as a group we see 150-200 patients per day.
That is 10 notes to review everyday. This is like treating QA like we do many other things: quantity > quality. 1% is
much more reasonable unless we have significant time dedicated for administrative work.

On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

Dr. Mannis,

**CONFIDENTIAL**

**EXHIBIT 4 - 049**

1/31/2019, 4:32 PM

**Where:**

Del Mar Motor Cars

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm

Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276

---

📄 **Summary of Meeting 9.20.16.docx**
18K

---

**Steven Mannis** <shmannis@gmail.com>          Fri, Sep 23, 2016 at 3:48 PM
To: Nicolas Badre <nicolas.badre@gmail.com>, "Sanjay S. Rao" <ssraomd@gmail.com>, Anne Redburn
<Anne.E.Redburn@alumni.dmu.edu>, Steve Mannis <cpmedgroup@gmail.com>

I got the county to agree to review 1-2.5% of charts  which would mean 2-5 charts a day. ( we have stated in the past
that we review 5 charts a day)

On Wed, Sep 21, 2016 at 9:44 PM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
Here are some thoughts:
1. "Temporary removal of providers" we need some clarification on this. Unless someone did something really
outrageous, it seems extreme to do that especially with how little extra coverage we have floating around. If we start
using this every time we have a suicide, we are looking at 6 weeks a year; if it is every attempt as well, it is 18
weeks a year.

2. 5% is a too large amount of notes to review. I think that together as a group we see 150-200 patients per day.
That is 10 notes to review everyday. This is like treating QA like we do many other things: quantity > quality. 1% is
much more reasonable unless we have significant time dedicated for administrative work.

On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:

Dr. Mannis,

**CONFIDENTIAL**
**EXHIBIT 4 - 050**

3444 Tripp Ct
Ste A
San Diego, CA 92121

**When:**
Wednesday, September 28th, 2016
at 6:30 pm


Steven Mannis M.D

Correctional Physicians Medical Group, Inc.

3525 Del Mar Heights Rd. Ste 231

San Diego, CA 92130

Tel: (858) 480-5276


--
Steve

**Nicolas Badre <nicolas.badre@gmail.com>**                    **Fri, Sep 23, 2016 at 4:50 PM**
To: Steven Mannis <shmannis@gmail.com>
Cc: "Sanjay S. Rao" <ssraomd@gmail.com>, Anne Redburn <Anne.E.Redburn@alumni.dmu.edu>, Steve Mannis <cpmedgroup@gmail.com>

████████  Hansen, ████████ each do 10 per months and we are good.

I'll have Hansen, ████, and ████ reviewed by the end of next week. Then we'll start tackling all the residents that come occasionally to central.

On Friday, September 23, 2016, Steven Mannis <shmannis@gmail.com> wrote:
> I got the county to agree to review 1-2.5% of charts which would mean 2-5 charts a day. ( we have stated in the past that we review 5 charts a day)

On Wed, Sep 21, 2016 at 9:44 PM, Nicolas Badre <nicolas.badre@gmail.com> wrote:
> Here are some thoughts:
> 1. "Temporary removal of providers" we need some clarification on this. Unless someone did something really outrageous, it seems extreme to do that especially with how little extra coverage we have floating around. If we start using this every time we have a suicide, we are looking at 6 weeks a year; if it is every attempt as well, it is 18 weeks a year.
>
> 2. 5% is a too large amount of notes to review. I think that together as a group we see 150-200 patients per day. That is 10 notes to review everyday. This is like treating QA like we do many other things: quantity > quality. 1% is much more reasonable unless we have significant time dedicated for administrative work.


On Wed, Sep 21, 2016 at 3:20 PM, Lee, Barbara <Barbara.Lee@sdsheriff.org> wrote:
> Dr. Mannis,

**CONFIDENTIAL**

**EXHIBIT 4 - 051**

 Gmail

**Steve Mannis <cpmedgroup@gmail.com>**

---

## Question
3 messages

---

**Sara Hansen <saramhansen@gmail.com>**                    **Thu, Sep 29, 2016 at 10:40 PM**
To: Steve Mannis <steve@cpmedgroup.com>

Hi Dr. Mannis,

I hope I don't sound too direct, but I'm concerned. The issue is especially highlighted by the abrupt termination of Dr. B████ I can't help but be concerned about own my job security.

With the Ruben Nunez case pending, I wonder if my job is also in jeopardy, especially considering the county's position/stance?

You mentioned last night, after an adverse event "you may be removed from the schedule temporarily" ...per the county's request.

I really need clarification on this. I have a mortgage, school loans, other bills, not to mention my livelihood.

If I should be looking for another job I need to know now.
More so, is this something I need to constantly worry about?

Unlike Dr. B████ this is my career. Please let me know where I stand.

Sincerely,
Sara Hansen

Sent from my iPhone

---

**Steve Mannis <steve@cpmedgroup.com>**                    **Fri, Sep 30, 2016 at 10:10 AM**
To: Sara Hansen <saramhansen@gmail.com>
Cc: Steve Mannis <steve@cpmedgroup.com>

Sara, I do not think you are in jeopardy of losing your job. The county does want to review your cases which have all been excellent  except for the outcome of the nunez case.    The providers are treated the same way the nurses are at the jails.  If there is a serious event or death ( not just an adverse event) the county does reserve the right to remove a provider  temporarily until the case is reviewed. ( this would be within a week)  I would hope this would be an extremely rare occasion.  In this rare event, the case would be reviewed promptly and with your skill level, I doubt they would remove you permanently.    I value your services and would not want you seeking another job. In fact I am hoping to give you a raise in 6 months.    B████ did several things where his care was   felt to be dangerous to patients.    I don't think you practice the same type of Medicine.
I hope you make this your career and look forward to working with you for a long time.

Steven Mannis M.D
Correctional Physicians Medical Group, Inc.
3525 Del Mar Heights Rd. Ste 231
San Diego, CA 92130
Tel: (858) 480-5276

On Thu, Sep 29, 2016 at 10:40 PM, Sara Hansen <saramhansen@gmail.com> wrote:

Hi Dr. Mannis,

I hope I don't sound too direct, but I'm concerned. The issue is especially highlighted by the abrupt termination of Dr.

---

CONFIDENTIAL

**EXHIBIT 4 - 052**

B████ I can't help but be concerned about own my job security.

With the Ruben Nunez case pending, I wonder if my job is also in jeopardy, especially considering the county's position/stance?

You mentioned last night, after an adverse event "you may be removed from the schedule temporarily" ...per the county's request.

I really need clarification on this. I have a mortgage, school loans, other bills, not to mention my livelihood.

If I should be looking for another job I need to know now.
More so, is this something I need to constantly worry about?

Unlike Dr. B████ this is my career. Please let me know where I stand.

Sincerely,
Sara Hansen

Sent from my iPhone

---

Sara Hansen <saramhansen@gmail.com>                                   Fri, Sep 30, 2016 at 8:45 PM
To: Steve Mannis <steve@cpmedgroup.com>

Dr. Mannis,

Thank you. I appreciate your response and I am somewhat reassured. Honestly, I really enjoy the work. I want to be an integral part in improving psychiatric care in the SD jail system now, as well as in the future.  I think it's a good fit for me. I'm not sure what lies ahead with the Nunez case. I will hope for the best.

Kindest Regards,
Sara

Sent from my iPhone

On Sep 30, 2016, at 10:10 AM, Steve Mannis <steve@cpmedgroup.com> wrote:

> Sara, I do not think you are in jeopardy of losing your job.  The county does want to review your cases which have all been excellent  except for the outcome of the nunez case.     The providers are treated the same way the nurses are at the jails.  If there is a serious event or death ( not just an adverse event) the county does reserve the right to remove a provider  temporarily until the case is reviewed. ( this would be within a week)  I would hope this would be an extremely rare occasion.  In this rare event, the case would be reviewed promptly and with your skill level, I doubt they would remove you permanently.      I value your services and would not want you seeking another job. In fact I am hoping to give you a raise in 6 months.      B████ did several things where his care was   felt to be dangerous to patients.    I don't think you practice the same type of Medicine.
> I hope you make this your career and look forward to working with you for a long time.
>
> Steven Mannis M.D
> Correctional Physicians Medical Group, Inc.
> 3525 Del Mar Heights Rd. Ste 231
> San Diego, CA 92130
> Tel: (858) 480-5276

CONFIDENTIAL

**EXHIBIT 4 - 053**